1  TRINETTE G. KENT (State Bar No. 222020)
2  3219 E Camelback Rd #588
3  Phoenix, AZ 85018
   Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  43 Danbury Road
   Wilton, CT 06897
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
12 John McBride

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| John McBride,<br><br>Plaintiff,<br><br>vs.<br><br>Rash Curtis & Associates,<br><br>Defendant. | Case No.: 2:16-cv-02390-TLN-CKD<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having read and considered Plaintiff's Motion to Continue Hearing on Defendant's Motion for Summary Judgment, and for good cause shown, **IT IS HEREBY ORDERED GRANTING** Plaintiff's Request. The hearing on Defendant's Motion for Summary Judgment is continued to May 31, 2018, at 2:00 p.m. Plaintiff's Opposition shall be filed on or before May 17, 2018. Defendant's Reply shall be filed on or before May 24, 2018.

**IT IS SO ORDERED.**

**Dated: March 29, 2018**

_____
Troy L. Nunley
United States District Judge