TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
John McBride

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCBRIDE, | No.: 2:16-cv-02390-TLN-CKD |
| Plaintiff, | **ORDER RE PLAINTIFF'S REQUEST TO SEAL** |
| vs. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

| | |
|---|---|
| 1 | The Court, having read and considered Plaintiff's Request to Seal and all responses thereto, |
| 2 | and for good cause shown, is of the opinion that the Request to Seal should be granted. It is hereby |
| 3 | ORDERED that: |
| 4 | |
| 5 | 1.  Plaintiff's Request to Seal is hereby GRANTED; and |
| 6 | 2.  Those portions of Exhibit B to Plaintiff's Opposition to Defendant's Motion for |
| 7 | Summary Judgment that contain Plaintiff's Social Security Number and date of birth, shall be redacted and sealed. |

IT IS SO ORDERED.

Dated: May 30, 2018

_____
Troy L. Nunley
United States District Judge