# EXHIBIT B

1  Mark E. Ellis - 127159
   Bryan G. Ceglio - 312682
2  ELLIS LAW GROUP LLP
   740 University Avenue, Suite 100
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  bceglio@ellislawgrp.com

6  Attorneys for Defendant
   RASH CURTIS & ASSOCIATES
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN MCBRIDE,                    Case No.: 2:16-CV-02390 TLN-CKD

12          PLAINTIFF,               **DEFENDANT RASH CURTIS &
                                     ASSOCIATES' RESPONSES TO
13  v.                               PLAINTIFF'S FIRST SET OF REQUESTS
                                     FOR PRODUCTION OF DOCUMENTS TO
14  RASH CURTIS & ASSOCIATES,        DEFENDANT**

15          DEFENDANT.

16

17

18  PROPOUNDING PARTY:    Plaintiff JOHN MCBRIDE

19  RESPONDING PARTY:     Defendant RASH CURTIS & ASSOCIATES

20  SET NUMBER:           ONE (1)

21         This responding party has not fully completed its investigation of the facts relating to this case,

22  has not fully completed its discovery in this action, and has not completed its preparation for the trial.

23  All of the answers contained herein are based upon such information and documents which are

24  presently available and specifically known to this responding party and disclose only those contentions

25  which presently occur to such responding party.  It is anticipated that further discovery, independent

26  investigation, legal research and analysis will supply additional facts, add meaning to the known facts,

27  as well as establish entirely new factual conclusions and legal contentions, all of which may lead to

28  substantial additions, changes in and variations from the contentions herein set forth.  The following

                                        - 1 -

responses are given without prejudice to responding party's right to produce evidence of any subsequently discovered fact or facts which this responding party may later recall. Responding party accordingly reserves the right to change any and all answers herein as additional facts are ascertained, analyses are made, legal research is completed and contentions are made.

The answers contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be in prejudice of responding party in relation to further discovery, research and analysis.

<u>**RESPONSES**</u>

**<u>REQUEST FOR PRODUCTION NO. 1:</u>**

All Documents used, relied upon, or referred to in Your responses to Plaintiff's Interrogatories (Set One) to Rash Curtis &Associates.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 1:</u>**

Defendant objects to this document request as vague and ambiguous to the extent that it relies on the term "relied," which is not a defined term in Plaintiff's First Request for Documents and First Set of Interrogatories. Defendant further objects to this request to the extent it seeks production of documents protected by the work product doctrine, or the attorney-client privilege. Such documents include notes of Defendant's attorneys and staff and draft and final internal memoranda of Defendant, including, but not limited to, interview memoranda, status memoranda, and recommendation memoranda. Subject to and without waiving said objection, defendant will produce all non-privileged responsive documents.

**<u>REQUEST FOR PRODUCTION NO. 2:</u>**

All logs or memoranda of communications reflecting calls placed by You, or placed on Your behalf or at Your direction, to Plaintiff or Plaintiff's Number.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 2:</u>**

Defendant will comply in whole. Defendant will produce John McBride's collection notes and Marianne McBride's collection notes. Please see Exhibit A "Collection Notes."

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 3:**

All Documents showing that You had Plaintiff's consent to dial Plaintiff's Number using an ATDS and/or prerecorded message.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

Defendant will comply in whole. Please see Exhibit B "Consent."

**REQUEST FOR PRODUCTION NO. 4:**

All recordings of all conversations between You, or any person acting on Your behalf or at Your direction, and Plaintiff.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Defendant cannot comply. Defendant has performed a reasonable and diligent search of its database for call recordings between defendant and Plaintiff. Defendant was unable to locate any call recordings.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents referring or related to whether the telephone(s) used by You to call Plaintiff or Plaintiff's Number has the capacity to store telephone numbers to be called (regardless if it was used this way).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Defendant will produce responsive documents only to the extent that such documents are in the possession, custody, or control of defendant. Defendant will produce Global Connect's user manual. Please see exhibit C "Global Connect User Manual."

**REQUEST FOR PRODUCTION NO. 6:**

Copies of any prerecorded messages used by You when calling Plaintiff or Plaintiff's Number.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Objection, relevance. Plaintiff does not make any claims that implicate the contents of the recorded messages. Subject to and without waiving this objection, defendant responds: defendant cannot comply in whole or in part. Defendant does not retain copies of the prerecorded messages left on Plaintiff's message machine.

///

- 3 -

**REQUEST FOR PRODUCTION NO. 7:**

Copies of all letters, notices and correspondences (including electronic correspondences) sent by You to Plaintiff.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Defendant cannot comply. Defendant has performed a reasonable and diligent search of its database. Defendant does not have any such correspondence in its possession or control.

**REQUEST FOR PRODUCTION NO. 8:**

Copies of all letters, notices and correspondences (including electronic correspondences) received by You from Plaintiff.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Defendant will comply in whole. Please see Exhibit D "Incoming Correspondence."

**REQUEST FOR PRODUCTION NO. 9:**

All Documents related to the procedures You utilize to avoid violations of the TCPA and the FDCPA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Defendant will comply in whole. Please see Exhibit E "Training Materials."

**REQUEST FOR PRODUCTION NO. 10:**

All Documents supporting Your denial of liability in this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Responding party objects to this interrogatory on the ground that it is unduly burdensome and oppressive in that it requests, at the beginning of this litigation and before Defendant has had adequate time for investigation and discovery, that Defendant disclose all evidence that Defendant may eventually seek out, for the purpose of refuting Plaintiff's contentions at trial. Responding party objects to the extent the request seeks information protected from disclosure by the attorney-client privilege, or as attorney work product.

/ / /

/ / /

/ / /

- 4 -

**REQUEST FOR PRODUCTION NO. 11:**

Copies of any insurance policies covering You for violations of the TCPA and the FDCPA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Objection, relevance. Defendant has not tendered this claim to insurance; thus, insurance is not relevant to this claim. Defendant will not produce.

**REQUEST FOR PRODUCTION NO. 12:**

Copies of all notices that You have given any insurer regarding this Action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Objection, Defendant objects to this request to the extent it seeks production of documents protected by the work product doctrine, or the attorney-client privilege. Subject to and without waiving said objection, defendant responds: defendant cannot comply with request number 12 because no such documents exist. This claim has not been tendered to defendant's insurance provider.

**REQUEST FOR PRODUCTION NO. 13:**

All Documents related to Debtor's Account and the collection thereof.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Defendant objects to this request to the extent it seeks production of documents protected by the work product doctrine, or the attorney-client privilege. Such documents include notes of Defendant's attorneys and staff and draft and final internal memoranda of Defendant, including, but not limited to, status memoranda, and recommendation memoranda. Subject to and without waiving said objection, defendant will produce all non-privileged responsive documents.

Dated: July 24, 2017

ELLIS LAW GROUP LLP

By _____
Bryan G. Ceglio
Attorneys for Defendant
RASH CURTIS & ASSOCIATES

- 5 -

# CERTIFICATE OF SERVICE

I, Cheri Bowden, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On July 24, 2017, I served the following document(s) on the parties in the within action:

**DEFENDANT RASH CURTIS & ASSOCIATES' RESPONSES TO PLAINTIFF'S INTERROGATORIES (SET ONE)**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**:  The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Trinette G. Kent<br>Lemberg Law, LLC<br>3219 E. Camelback Road, Suite 588<br>Phoenix, AZ 85018 | Attorneys for Plaintiff<br>JOHN MCBRIDE |
| Lemberg Law, LLC<br>43 Danbury Road<br>Wilton, CT 06897 | Attorneys for Plaintiff<br>JOHN MCBRIDE |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 24, 2017.

By _____
Cheri Bowden

- 6 -

# EXHIBIT A
## Collection Notes

----------------------------------------------------------------------
            MASTER RECORD:

     NAME: MCBRIDE, JOHN                    SPOUSE:
     1ADD: 1318 G ST
     2ADD:                       BAD ADD: N
     CITY: MARYSVILLE             BUSINESS: N
    PHONE:                        ST ZIP: CA 95901-41181
   LIC NO:                        S.S.N.: ████████
      REM:                        EMPLOY:
      REM:


----------------------------------------ACTIONS ----------------------------------------
          051115AL65602440386 060115IL30002440386 0623PN2>PN102440386
          810722QL303 02440386072315QL30302440386 0805'H2>62 02440386


---------------------------------------- HISTORY ----------------------------------------
NK050815:16:46   NK0508 02440386
NK052915:09:34   NK0529 02440386
NK052915:13:11   NK0529 02440386
I*053015:01:03   REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                 Bankcard
GC060115:17:06   5306730906-PHONE ANSWERD NO LINKBACK
GC060115:18:47   5307019189-PHNE # LEFT MSGE ON MACHINE
SK060215:08:04   1ST ALERT No Information On File
GC060215:14:31   5306730906-PHONE ANSWERD NO LINKBACK
GC060215:16:43   5307019189-PHONE ANSWERD NO LINKBACK
GC060315:10:53   5306730906-PHONE ANSWERD NO LINKBACK
GC060315:12:58   5307019189-PHONED NUMBER WAS BUSY
GC060415:15:54   5306730906-PHONE ANSWERD NO LINKBACK
GC060415:17:17   5307019189-PHONE ANSWERD NO LINKBACK
GC060515:09:19   5306730906-PHONE ANSWERD NO LINKBACK
GC060515:11:55   5307019189-PHNE # LEFT MSGE ON MACHINE
TD060615:08:57   PHONE 5306730906 REMOVED BY GC UPDATE (C261354): answered.
GC060615:08:07   5306730906-CALL SKIPPED - NOT MADE
GC060615:08:07   5307019189-CALL SKIPPED - NOT MADE
GC060615:09:22   5306730906-PHONE ANSWERD NO LINKBACK
GC060615:11:42   5307019189-PHONE ANSWERD NO LINKBACK
GC060815:16:33   5306730906-PHONE ANSWERD NO LINKBACK
GC060815:18:30   5307019189-PHONE ANSWERD NO LINKBACK
GC060915:12:16   5306730906-PHONE ANSWERD NO LINKBACK
GC060915:17:37   5307019189-PHNE # LEFT MSGE ON MACHINE
18061015:16:35   POB SEARCH NOI PR0906 PU N HU PO9189 NA NS
3C061015:09:53   5306730906-PHONE ANSWERD NO LINKBACK
3C061015:11:45   5307019189-PHONE ANSWERD NO LINKBACK
3C061115:10:45   5306730906-CALL SKIPPED - NOT MADE
3C061115:10:45   5307019189-CALL SKIPPED - NOT MADE
3C061115:10:57   5306730906-PHONE ANSWERD NO LINKBACK
3C061115:13:29   5307019189-PHNE # LEFT MSGE ON MACHINE
3C061215:09:41   5306730906-CALL SKIPPED - NOT MADE
3C061215:09:41   5307019189-CALL SKIPPED - NOT MADE
3C061215:10:19   5306730906-PHONE ANSWERD NO LINKBACK
3C061215:09:49   5307019189-PHNE # LEFT MSGE ON MACHINE
3C061215:16:40   5306730906-CALL SKIPPED - NOT MADE
3C061215:16:40   5307019189-CALL SKIPPED - NOT MADE

```
----------------------------------- HISTORY -----------------------------------
GC061315:09:22  5306730906-PHONE ANSWERD NO LINKBACK
GC061315:11:15  5307019189-PHONE ANSWERD NO LINKBACK
GC061515:13:48  5306730906-PHONE ANSWERD NO LINKBACK
GC061515:15:24  5307019189-PHONE ANSWERD NO LINKBACK
GC061615:14:48  5306730906-PHONE ANSWERD NO LINKBACK
GC061615:15:55  5307019189-PHONE ANSWERD NO LINKBACK
GC061715:09:03  5306730906-PHONE ANSWERD NO LINKBACK
GC061715:11:02  5307019189-PHONE ANSWERD NO LINKBACK
23061815:10:41  CALLED 0906 NML; CALLED 9189 N\A; PER PERSON SEARCH
                530-701-2503; CALLED 2503 N\A DK
GC061815:14:35  5306730906-PHONE ANSWERD NO LINKBACK
GC061815:15:55  5307019189-PHONE ANSWERD NO LINKBACK
GC061815:15:55  5307012503-PHONE ANSWERD NO LINKBACK
GC061915:10:23  5306730906-PHONE ANSWERD NO LINKBACK
GC061915:11:26  5307019189-CALL SKIPPED - NOT MADE
GC061915:11:26  5307012503-CALL SKIPPED - NOT MADE
GC061915:11:20  5306730906-CALL SKIPPED - NOT MADE
GC061915:11:20  5307019189-CALL SKIPPED - NOT MADE
GC061915:11:20  5307012503-CALL SKIPPED - NOT MADE
GC061915:13:38  5306730906-PHONE ANSWERD NO LINKBACK
GC061915:15:19  5307019189-PHNE # LEFT MSGE ON MACHINE
GC061915:15:19  5307012503-PHNE # LEFT MSGE ON MACHINE
GC062015:08:13  5306730906-CALL SKIPPED - NOT MADE
GC062015:08:13  5307019189-CALL SKIPPED - NOT MADE
GC062015:08:13  5307012503-CALL SKIPPED - NOT MADE
GC062015:09:13  5306730906-PHONED NUMBER WAS BUSY
GC062015:11:22  5307019189-PHONE ANSWERD NO LINKBACK
GC062015:11:22  5307012503-PHONE ANSWERD NO LINKBACK
GC062215:12:58  5306730906-PHONED NUM IS INVALID
GC062215:11:46  5307019189-PHONE ANSWERD NO LINKBACK
GC062215:11:46  5307012503-PHONE ANSWERD NO LINKBACK
GC062315:16:47  5306730906-PHONED NUMBER WAS BUSY
GC062315:18:27  5307019189-PHONE ANSWERD NO LINKBACK
GC062315:18:27  5307012503-PHONE ANSWERD NO LINKBACK
GC062415:15:33  5306730906-PHONED NUM IS INVALID
GC062415:16:41  5307019189-PHNE # LEFT MSGE ON MACHINE
GC062415:14:03  5307012503-PHONE ANSWERD NO LINKBACK
GC062515:15:54  5306730906-PHONED NUM IS INVALID
GC062515:14:55  5307019189-PHNE # LEFT MSGE ON MACHINE
GC062515:14:55  5307012503-PHNE # LEFT MSGE ON MACHINE
GC062615:13:04  5306730906-PHONED NUMBER WAS BUSY
GC062615:11:37  5307019189-PHONE ANSWERD NO LINKBACK
GC062615:11:37  5307012503-PHONE ANSWERD NO LINKBACK
GC062715:09:15  5306730906-PHONED NUM IS INVALID
GC062715:11:36  5307019189-PHONE ANSWERD NO LINKBACK
3C062715:11:34  5307012503-PHONE ANSWERD NO LINKBACK
3C062915:13:36  5306730906-PHONED NUMBER WAS BUSY
3C062915:12:05  5307019189-PHONE ANSWERD NO LINKBACK
3C062915:12:05  5307012503-PHONE ANSWERD NO LINKBACK
3C063015:12:41  5306730906-PHONED NUM IS INVALID
3C063015:15:00  5307019189-PHONE ANSWERD NO LINKBACK
3C063015:15:00  5307012503-PHONE ANSWERD NO LINKBACK
3C070115:14:40  5306730906-PHONED NUM IS INVALID
3C070115:16:09  5307019189-PHNE # LEFT MSGE ON MACHINE
3C070115:12:47  5307012503-PHONE ANSWERD NO LINKBACK
3C070115:18:21  5306730906-PHONED NUM IS INVALID
3C070115:19:00  5307019189-CALL SKIPPED - NOT MADE
3C070115:19:00  5307012503-CALL SKIPPED - NOT MADE
```

RASH CURTIS  00002

```
------------------------------------ HISTORY ------------------------------
GC070215:17:15   5306730906-PHONED NUM IS INVALID
GC070215:18:55   5307019189-PHONE ANSWERD NO LINKBACK
GC070215:18:55   5307012503-PHONE ANSWERD NO LINKBACK
06070315:11:35   VC 2503 NSP 9189 NA 0906 BAD # REMOVED RT
GC070315:14:17   5307019189-PHNE # LEFT MSGE ON MACHINE
GC070615:10:52   5307019189-PHONE ANSWERD NO LINKBACK
GC070715:15:18   5307019189-PHONE ANSWERD NO LINKBACK
GC070815:16:39   5307019189-PHNE # LEFT MSGE ON MACHINE
99070915:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02440386
GC070915:09:30   5307019189-PHONE ANSWERD NO LINKBACK
GC070915:17:59   5307019189-PHONE ANSWERD NO LINKBACK
GC071015:11:43   5307019189-PHONE ANSWERD NO LINKBACK
GC071415:15:48   5307019189-PHNE # LEFT MSGE ON MACHINE
GC071515:14:59   5307019189-PHONE ANSWERD NO LINKBACK
GC071615:14:22   5307019189-PHONE ANSWERD NO LINKBACK
GC072215:18:32   5307019189-PHONE ANSWERD NO LINKBACK
GC072315:14:42   5307019189-PHONE ANSWERD NO LINKBACK
SK072415:09:02   1ST ALERT No Information On File
GC072415:09:19   5307019189-PHONE ANSWERD NO LINKBACK
GC072715:12:07   5307019189-PHONE ANSWERD NO LINKBACK
GC072715:13:34   5307019189-PARTITIONED DNC NOT MADE
GC072815:09:07   5307019189-PHONE ANSWERD NO LINKBACK
GC072915:12:48   5307019189-PHNE # LEFT MSGE ON MACHINE
12073015:15:38   9189 NML....AV
GC073015:16:14   5307019189-PHNE # LEFT MSGE ON MACHINE
SK073115:08:18   1ST ALERT ACS D CODE= MV TYPE= F MV DATE 1507
SK073115:08:19   1ST ALERT ACS D CODE= MV TYPE= F MV DATE 1507
GC073115:14:17   5307019189-PHNE # LEFT MSGE ON MACHINE
```

RASH CURTIS 00003

------------------------------------------------------------------

MASTER RECORD:



NAME:                                  SPOUSE: MASTER
1ADD:                      BAD ADD:
2ADD:                      BUSINESS:
CITY:                      ST ZIP:
PHONE:                     S.S.N.:
LIC NO:                    EMPLOY:
REM:
REM:                       MI:

-------------------------------ACTIONS-----------------------------

```
       0708PN0>AUT 02163399NK0708BK>PC 0216339907L014IL30002163399
       0711'PC>H0 02163399 072314BLDS102163399 Link-Delete Start
       Link-Delete End       Link-Delete Start
       072314BLDS101857610 Link-Delete End      Link-Delete Start
       021114AL65602050451 021114AL65602050571 030414IL30002050451
       0304'PC>H0 02050451 0304'PC>H0 02050571 0320'34>H5 02050451
       0320'34>H5 02050571 072314BLDS102050451 Link-Delete End
       0812'09>30 01857610 0812'09>30 02050451 0812'09>30 02050571
       0812'09>30 02163399 0812'BK>62 01361453 0812'BK>62 01361565
       1006'30>H5 01857610 1006'30>H5 02050451 1006'30>H5 02050571
       1006'30>H5 02163399 NK0508PC>PC 024391810508PN0>AUT 0243918
       NK0508PC>PC 02439181051115AL65602439181 051115AL65602439182
       051115AL65602439183 051115AL65602439184 051115AL65602439185
       060115IL30002439181 0727'H2>62 02439181 1103'08>H5 01857610
       1103'H1>H5 02050451 1103'H1>H5 02050571 1103'H1>H5 02163399
       1103'H1>H5 02439182 1103'H1>H5 02439183 1103'H1>H5 02439184
       1103'H1>H5 02439185
```

--------------------------------- HISTORY -------------------------



```
GC052015:18:47  5306730906-CALL SKIPPED - NOT MADE
GC052115:12:52  5306730906-PHONE ANSWERD NO LINKBACK
GC052715:18:59  5306730906-CALL SKIPPED - NOT MADE
GC060115:16:07  5306730906-CALL SKIPPED - NOT MADE
GC061015:19:01  5306730906-CALL SKIPPED - NOT MADE
GC061115:08:04  5306730906-PARTITIONED DNC NOT MADE
TD062615:05:15  AUTOLINK DELETE MASTER INFO: 3 -           5 -
                  6 -              7 - MASTER, 10 -        11 -
                  13 - YUBA COUNTY OF OFFICE , 14 - SIERRA CENTRAL ,
TD070814:16:38

NK070814:16:57  NK0708 02163399
NK070814:16:58  NK0708 02163399
I*071014:01:00  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                  Bankcard
SK071114:07:58  1ST ALERT No Information On File
GC071214:08:56  5306730906-PHONE ANSWERD NO LINKBACK
GC071414:15:44  5306730906-PHONE ANSWERD NO LINKBACK
GC071414:17:20  5306730906-PHONE ANSWERD NO LINKBACK
GC071514:10:37  5306730906-PARTITIONED DNC NOT MADE
```

```
----------------------------------- HISTORY ------------------------------
GC071514:17:41  5306730906-PHONE ANSWERD NO LINKBACK
GC071514:10:37  5306730906-PARTITIONED DNC NOT MADE
GC071514:17:41  5306730906-PHONE ANSWERD NO LINKBACK
09071614:16:59  VIC 0906 IDA QA MM TOLD DTR ABOUT BIF SD HE IS WAITING ON A
                CHECK FOR 4000.00 HE IS SUPPOSED TO BE GETTING REIMBURSED AND
            :   HE CANT AFFORD TO PAY THE ACCOUNT OFF AND WAIT FOR THIS COMPANY
                TO REIMBURSE HIM I UPDATED HEADER AND TRIED TO SEND TO T\O LINE
                NA TOLD DTR HE NEEDS TO SPEAK WITH COMPANY WHO IS REIMBURSING
                HIM MONEY AND SEE HOW LONG THE PROCESS WILL TAKE AND TO GIVE ME
                A CB TOMORROW BEFORE 12 SO WE CAN WORKOUT THE ACCOUNT...KS
GC071614:09:05  5306730906-PHONE ANSWERD NO LINKBACK
27071714:15:41  C.I 0906 TT MR MM QA...COLL N\A...MM QA...SD HE TRYING TO FIND
                SOMEONE TO HELP HIM PIF THE ACCOUNTS SO HIS HEALTH SAVINGS ACCT
                CAN REIMBURSE HIM...SD HE CAN TT HIS BROTHER SEE IF HE CAN LOAN
                HIM MONEY HAS NOTHIN AVIL NOW...ADVISED BIF FOR DEL BEFORE
                EOM...SD WILL SEE WHAT HE CAN DO WILL FU BY MON MC
09071814:09:17  WILL FOLLOW UP WITH DTR ON MONDAY..KS
40071814:12:36  9189--- SYS WS IN CONTCT WTH INS-- WLL BE ABLE TO BILL IF WE
                SND IS TO HIM WOULD LIKE YOU TO C\B--PW
09071814:12:47  PR 0906 NA LMOM..KS
10072314:09:39  MR CI TRNS TO COLL...SRG
09072314:09:48  9189 MR CI QA MM TOLD DTR ABOUT BIF SD HE NEEDS A STATEMENT
                FOR ALL BILLS SO HE CAN PAY ALL THE BILLS NEXT WEEK - SENT DTR
                STATEMENTS TO EMAIL...KS
09072814:09:14  ACCT REVIEW...KS
95072814:09:45  REV RCC--LINKED *CB
99072914:01:00  **** Link-Delete start for MARIANNE M MCBRIDE ****/
99072914:01:00  **** Link-Delete end for MARIANNE M MCBRIDE ****
99072914:01:00  **** Link-Delete start for MARIANNE M MCBRIDE ****
GC020414:16:45  5307416213-NO ANSWER AT NUM CALLED
GC021014:09:30  5307416213-NO ANSWER AT NUM CALLED
GC021214:16:52  5307416213-NO ANSWER AT NUM CALLED
GC021314:11:24  5307416213-NO ANSWER AT NUM CALLED
GC021414:13:10  5307416213-NO ANSWER AT NUM CALLED
GC021914:11:47  5307416213-NO ANSWER AT NUM CALLED
GC022014:15:33  5307416213-NO ANSWER AT NUM CALLED
GC022414:16:23  5307416213-NO ANSWER AT NUM CALLED
GC022414:18:48  5307416213-CALL SKIPPED - NOT MADE
GC022514:14:15  5307416213-NO ANSWER AT NUM CALLED
GC022614:16:19  5307416213-NO ANSWER AT NUM CALLED
GC022714:13:33  5307416213-NO ANSWER AT NUM CALLED
GC022814:11:13  5307416213-NO ANSWER AT NUM CALLED
GC030414:11:56  5307416213-NO ANSWER AT NUM CALLED
GC030514:16:57  5307416213-NO ANSWER AT NUM CALLED
GC030614:12:15  5307416213-NO ANSWER AT NUM CALLED
GC030714:14:51  5307416213-NO ANSWER AT NUM CALLED
GC031114:09:41  5307416213-PHONED NUMBER WAS BUSY
GC031114:13:15  5307416213-PHONED NUMBER WAS BUSY
GC031214:15:51  5307416213-NO ANSWER AT NUM CALLED
GC031414:16:06  5307416213-NO ANSWER AT NUM CALLED
GC031414:16:06  5307416213-NO ANSWER AT NUM CALLED
GC031714:15:48  5307416213-NO ANSWER AT NUM CALLED
GC031814:14:13  5307416213-NO ANSWER AT NUM CALLED
3C031914:13:38  5307416213-NO ANSWER AT NUM CALLED
3C032114:16:21  5307416213-CALL SKIPPED - NOT MADE
3C032414:11:41  5307416213-NO ANSWER AT NUM CALLED
3C032414:15:28  5307416213-NO ANSWER AT NUM CALLED
3C032514:12:01  5307416213-NO ANSWER AT NUM CALLED
```

```
------------------------------------- HISTORY -------------------------------
GC032514:16:22  5307416213-NO ANSWER AT NUM CALLED
GC033114:15:47  5307416213-NO ANSWER AT NUM CALLED
GC040114:11:15  5307416213-NO ANSWER AT NUM CALLED
GC040114:14:24  5307416213-NO ANSWER AT NUM CALLED
GC040214:10:40  5307416213-NO ANSWER AT NUM CALLED
GC040314:12:39  5307416213-NO ANSWER AT NUM CALLED
GC040414:15:08  5307416213-NO ANSWER AT NUM CALLED
GC040814:10:27  5307416213-NO ANSWER AT NUM CALLED
GC040814:12:19  5307416213-NO ANSWER AT NUM CALLED
GC040814:15:40  5307416213-NO ANSWER AT NUM CALLED
GC040914:14:37  5307416213-NO ANSWER AT NUM CALLED
GC041014:11:31  5307416213-NO ANSWER AT NUM CALLED
GC041014:11:31  5307416213-NO ANSWER AT NUM CALLED
GC041114:16:25  5307416213-CALL SKIPPED - NOT MADE
GC041114:11:43  5307416213-NO ANSWER AT NUM CALLED
GC041414:15:46  5307416213-NO ANSWER AT NUM CALLED
GC041514:13:18  5307416213-NO ANSWER AT NUM CALLED
GC041614:14:35  5307416213-NO ANSWER AT NUM CALLED
GC041714:12:30  5307416213-NO ANSWER AT NUM CALLED
GC041814:15:09  5307416213-NO ANSWER AT NUM CALLED
GC042314:15:57  5307416213-NO ANSWER AT NUM CALLED
GC042414:11:11  5307416213-NO ANSWER AT NUM CALLED
GC042514:13:27  5307416213-NO ANSWER AT NUM CALLED
GC042814:14:00  5307416213-NO ANSWER AT NUM CALLED
GC042914:14:47  5307416213-NO ANSWER AT NUM CALLED
GC043014:12:23  5307416213-NO ANSWER AT NUM CALLED
GC050114:11:52  5307416213-NO ANSWER AT NUM CALLED
GC050114:11:52  5307416213-NO ANSWER AT NUM CALLED
GC050514:16:17  5307416213-NO ANSWER AT NUM CALLED
GC050614:15:50  5307416213-NO ANSWER AT NUM CALLED
GC050714:13:09  5307416213-NO ANSWER AT NUM CALLED
GC051214:15:24  5307416213-NO ANSWER AT NUM CALLED
21051614:11:16  PB 6213 NA*dV
GC052014:14:06  5307416213-NO ANSWER AT NUM CALLED
GC052114:14:12  5307416213-NO ANSWER AT NUM CALLED
GC052214:14:21  5307416213-NO ANSWER AT NUM CALLED
GC052214:18:01  5307416213-NO ANSWER AT NUM CALLED
GC052314:15:00  5307416213-NO ANSWER AT NUM CALLED
GC052714:12:11  5307416213-NO ANSWER AT NUM CALLED
GC052814:14:40  5307416213-NO ANSWER AT NUM CALLED
GC052914:15:34  5307416213-NO ANSWER AT NUM CALLED
GC053014:14:00  5307416213-NO ANSWER AT NUM CALLED
GC060214:14:39  5307416213-NO ANSWER AT NUM CALLED
GC060314:15:48  5307416213-NO ANSWER AT NUM CALLED
GC060414:15:27  5307416213-NO ANSWER AT NUM CALLED
GC060514:14:04  5307416213-NO ANSWER AT NUM CALLED
GC060614:15:01  5307416213-NO ANSWER AT NUM CALLED
GC060714:08:56  5307416213-NO ANSWER AT NUM CALLED
GC060914:15:58  5307416213-NO ANSWER AT NUM CALLED
3C061014:15:35  5307416213-NO ANSWER AT NUM CALLED
3C061114:16:52  5307416213-NO ANSWER AT NUM CALLED
3C061214:13:13  5307416213-NO ANSWER AT NUM CALLED
3C061614:13:14  5307416213-NO ANSWER AT NUM CALLED
3C061714:15:13  5307416213-NO ANSWER AT NUM CALLED
3C061914:15:06  5307416213-NO ANSWER AT NUM CALLED
3C062014:15:04  5307416213-NO ANSWER AT NUM CALLED
3C062314:16:48  5307416213-NO ANSWER AT NUM CALLED
3C062414:15:52  5307416213-NO ANSWER AT NUM CALLED
```

RASH CURTIS 00006

```
---------------------------------------- HISTORY -----------------------------
GC062414:15:52  5307416213-NO ANSWER AT NUM CALLED
GC062514:10:13  5307416213-NO ANSWER AT NUM CALLED
GC062614:13:41  5307416213-NO ANSWER AT NUM CALLED
GC062714:14:33  5307416213-NO ANSWER AT NUM CALLED
GC063014:15:54  5307416213-NO ANSWER AT NUM CALLED
GC070114:14:46  5307416213-NO ANSWER AT NUM CALLED
GC070114:14:46  5307416213-NO ANSWER AT NUM CALLED
GC070214:11:53  5307416213-NO ANSWER AT NUM CALLED
GC070314:13:04  5307416213-NO ANSWER AT NUM CALLED
GC070714:14:36  5307416213-NO ANSWER AT NUM CALLED
23070914:09:54  VIC CALLED 6213 N\A DK
GC071014:14:46  5307416213-NO ANSWER AT NUM CALLED
GC071014:14:46  5307416213-NO ANSWER AT NUM CALLED
GC071414:11:53  5307416213-NO ANSWER AT NUM CALLED
GC071514:13:36  5307416213-NO ANSWER AT NUM CALLED
GC071514:13:36  5307416213-NO ANSWER AT NUM CALLED
GC071614:18:52  5307416213-CALL SKIPPED - NOT MADE
27071714:15:38  C.I 0906 TT MR MM QA...COLL N\A...MM QA...SD HE TRYING TO FIND
                SOMEONE TO HELP HIM PIF THE ACCOUNTS SO HIS HEALTH SAVINGS ACCT
                CAN REIMBURSE HIM...SD HE CAN TT HIS BROTHER SEE IF HE CAN LOAN
                HIM MONEY HAS NOTHIN AVIL NOW...ADVISED BIF FOR DEL BEFORE
                EOM...SD WILL SEE WHAT HE CAN DO WILL FU BY MON MC
27071714:15:38  ***ACCTS NEED TO BE LINKED MC
09071714:15:55  SWAP
GC071714:13:01  5307416213-NO ANSWER AT NUM CALLED
09072114:09:45  *****NEED ACCOUNTS TO BE LINKED - 2050451, 2050571, 1835027,
                1361453, 1361565, 2163399*******
09072314:09:22  ACCT REVIEW...KS
09072314:09:47  SENT DTR STATEMENT TO EMAIL....KS
09072814:09:15  ACCT REVIEW...KS
99072914:01:00  **** Link-Delete end for MARIANNE M MCBRIDE ****
99072914:01:00  **** Link-Delete start for MARIANNE M MCBRIDE
                ****I*030414:01:03 REQUESTED ECA Advanced Trace, Assets,
                Bankruptcy, Score - Bankcard
SK030514:08:08  1ST ALERT No Information On File
34030514:17:10
```

```
34030514:17:10  PR 0906 TT MS ID RCA QA MM CNT PAID THE BAL-- DNT KNO WAT SHE
                CN DO YET CS
GC030514:17:56  5306730906-PHONE ANSWERD NO LINKBACK
GC030514:18:47  5307416213-CALL SKIPPED - NOT MADE
GC030514:18:47  5306730906-CALL SKIPPED - NOT MADE
GC030514:18:47  5307416213-CALL SKIPPED - NOT MADE
34032014:16:02  PRI CS
GC040314:12:35  5306730906-PHONE ANSWERD NO LINKBACK
GC040314:18:52  5307416213-CALL SKIPPED - NOT MADE
GC040314:18:52  5307132342-CALL SKIPPED - NOT MADE
GC040414:09:12  5306730906-PARTITIONED DNC NOT MADE
GC040414:15:25  5307416213-NO ANSWER AT NUM CALLED
GC040414:15:25  5307132342-PHONE ANSWERD NO LINKBACK
GC040814:12:19  5306730906-PHONE ANSWERD NO LINKBACK
3C040814:16:51  5307132342-PHONE ANSWERD NO LINKBACK
3C041014:16:54  5306730906-CALL SKIPPED - NOT MADE
3C041014:16:54  5306730906-CALL SKIPPED - NOT MADE
3C041014:16:54  5307416213-CALL SKIPPED - NOT MADE
3C041014:16:54  5307132342-CALL SKIPPED - NOT MADE
```

RASH CURTIS 00007

```
------------------------------------- HISTORY -------------------------------
GC041114:14:58  5306730906-PHONE ANSWERD NO LINKBACK
GC041114:15:49  5307416213-NO ANSWER AT NUM CALLED
GC041114:15:49  5307132342-PHONE ANSWERD NO LINKBACK
GC042614:11:34  5306730906-PHONE ANSWERD NO LINKBACK
GC042614:11:47  5307416213-CALL SKIPPED - NOT MADE
GC042614:11:47  5307132342-CALL SKIPPED - NOT MADE
GC042914:15:15  5306730906-PHONE ANSWERD NO LINKBACK
GC042914:16:49  5307416213-CALL SKIPPED - NOT MADE
GC042914:16:49  5307132342-CALL SKIPPED - NOT MADE
GC043014:08:18  5306730906-PARTITIONED DNC NOT MADE
GC043014:13:40  5307416213-NO ANSWER AT NUM CALLED
GC043014:13:52  5307132342-PHONE ANSWERD NO LINKBACK
GC051314:18:52  5306730906-CALL SKIPPED - NOT MADE
GC051314:18:52  5307416213-CALL SKIPPED - NOT MADE
GC051314:18:52  5307132342-CALL SKIPPED - NOT MADE
GC051914:14:24  5306730906-PHONE ANSWERD NO LINKBACK
GC051914:16:48  5307416213-CALL SKIPPED - NOT MADE
GC051914:16:48  5307132342-CALL SKIPPED - NOT MADE
GC052014:10:49  5306730906-PARTITIONED DNC NOT MADE
GC052014:14:55  5307416213-NO ANSWER AT NUM CALLED
GC052014:14:55  5307132342-PHONE ANSWERD NO LINKBACK
GC052214:17:37  5306730906-PHONE ANSWERD NO LINKBACK
GC052214:18:55  5307416213-CALL SKIPPED - NOT MADE
GC052214:18:55  5307132342-CALL SKIPPED - NOT MADE
GC052714:18:54  5306730906-CALL SKIPPED - NOT MADE
GC052714:18:54  5307416213-CALL SKIPPED - NOT MADE
GC052714:18:54  5307132342-CALL SKIPPED - NOT MADE
GC052814:15:23  5306730906-PHONE ANSWERD NO LINKBACK
GC052814:18:17  5307416213-CALL SKIPPED - NOT MADE
GC052814:18:17  5307132342-CALL SKIPPED - NOT MADE
GC061214:15:56  5306730906-PHONE ANSWERD NO LINKBACK
GC061214:18:53  5307416213-CALL SKIPPED - NOT MADE
GC061214:18:53  5307132342-CALL SKIPPED - NOT MADE
GC062514:18:50  5306730906-CALL SKIPPED - NOT MADE
GC062514:18:50  5307416213-CALL SKIPPED - NOT MADE
GC062514:18:50  5307132342-CALL SKIPPED - NOT MADE
GC062614:18:51  5306730906-CALL SKIPPED - NOT MADE
GC062614:18:51  5307416213-CALL SKIPPED - NOT MADE
GC062614:18:51  5307132342-CALL SKIPPED - NOT MADE
GC062714:16:23  5306730906-CALL SKIPPED - NOT MADE
GC062714:16:23  5307416213-CALL SKIPPED - NOT MADE
GC062714:16:23  5307132342-CALL SKIPPED - NOT MADE
27071714:15:46  C.I 0906 TT MR MM QA...COLL N\A...MM QA...SD HE TRYING TO FIND
                SOMEONE TO HELP HIM PIF THE ACCOUNTS SO HIS HEALTH SAVINGS ACCT
                CAN REIMBURSE HIM...SD HE CAN TT HIS BROTHER SEE IF HE CAN LOAN
                HIM MONEY HAS NOTHIN AVIL NOW...ADVISED BIF FOR DEL BEFORE
                EOM...SD WILL SEE WHAT HE CAN DO WILL FU BY MON MC
09071714:15:54  ACCT REVIEW...KS
09072114:09:46  ACCT REVIEW...KS
09072314:09:46  SENT DTR STATEMENT TO EMAIL...KS
09072814:09:15  ACCT REVIEW...KS
99072914:01:00  **** Link-Delete end for MARIANNE M MCBRIDE ****
09072914:10:32  ACCT REVIEW...KS
09073114:09:35  PR 0906 IDA QA MM LET HER KNOW I WAS SPEAKING WITH SPOUSE
                REGARDING THE CHECK THAT WAS SUPPOSED TO COME IN SD HER HUSBAND
                IS AT THE STORE RIGHT NOW TRYING TO GET INK FOR COMPUTER TO GET
                IT SENT OVER TO OFFICE SO THEY CAN CUT HIM A CHECK FOR MEDICAL
                BILLS...KS
```

RASH CURTIS  00008

```
--------------------------------------- HISTORY ---------------------------------
09080514:08:38    ACCT REVIEW WILL CALL DTR FRIDAY IF HE HAS NOT CALLED BACK BY
                  THEN FOR HIS CHECK...KS
30081214:11:55    0906 NA 9189 NA 6213 NA 2342 NML SH
28081214:13:48    9189 IB-MAN CI TRANS TO COLL 30..............TM
30081214:13:51    .
30081214:13:55    CI 9189 TT MR MM QA SD THT HE NEEDS IZ WILL RQST IT SD THT HE
                  PLANS ON PYINY THESES ACCTS ONCE HE GETS IT SH
04081411:41       GLB9189 TT MR ID ACCT MMQA MR SD WILL BE GETTNG AN INS CHK FOR
                  BAL RFSD TO MKNG A PYMNT KNW TRN T\O MR HUP JM
13081414:11:59    T\O CLL TRN TO ME, MR HUP WHILE COLL WAS UPDATNG ME ON ACCNT
                  CH
GC081414:11:02    5306730906-PHONE ANSWERD NO LINKBACK
GC081414:11:30    5307019189-PHONE ANSWERD NO LINKBACK
GC081414:11:26    5307416213-NO ANSWER AT NUM CALLED
GC081414:11:26    5307132342-HUP ON ANSWERING MCHNE
02081414:17:42    GC#0906 TT MRS, GAVE MM AND QA, STATED SENT OUT PAPERWORK TO
                  IMC RETIREMENT BENEFITS FUND FOR MR, AND THEY WILL SEND DEBTOR
                  A CHECK AND SHE WILL SEND TO US TO PAY OFF.. WILL TAKE 7-10
                  DAYS.. GAVE ADDRESS TO SEND THE CHECK.. $984.69 PB GAVE INFOR
                  FOR ENTIRE BALANCE TO CLOSE OUT ACCT.. TR TO COLL 30 RV
30081414:17:43    CHNGE TO A PAY THAMKS
GC081414:11:02    5306730906-PHONE ANSWERD NO LINKBACK
GC081414:11:30    5307019189-PHONE ANSWERD NO LINKBACK
GC081414:11:26    5307416213-NO ANSWER AT NUM CALLED
GC081414:11:26    5307132342-HUP ON ANSWERING MCHNE
30081814:10:26    JKDTE TIL 8-21ST
15081814:15:41    IC 5306730906 TRNS TO COLL *MEKA
30081814:15:44    CI 0906 TT MRS MM QA SD THT SHE WAS TRYING TO CLL SMEONE ELSE
                  SD THT SHE WLL CLL BCK WHN SHE GETS THE CHK SH
30081914:15:27    JKDTE TIL 8-25TH
30082514:10:42    0906 NA WLL CLL HER BCK N 2 DAYS ON TIS NUMBER SH
30082914:09:14    0906 NML SH
30090214:12:20    0906 NML 9189 NA 6213 NA 2342 NA SH
30090814:12:13    0906 NML 6213 NA 2342 NML 9182 NA SH
30091214:10:58    0906 NML 6213 NA 2342 NA SSH
30091614:14:30    0906 NML 9189 NA 6213 NA 2342 TT LDY NSP SH
GC091614:09:06    5306730906-PHONE ANSWERD NO LINKBACK
GC091614:09:45    5307019189-PHNE # LEFT MSGE ON MACHINE
GC091614:09:44    5307416213-NO ANSWER AT NUM CALLED
GC091614:09:44    5307132342-PHNE # LEFT MSGE ON MACHINE
30091814:09:32    0906 NA 9189 NA 6213 NA SH
30092314:08:40    0906 NML 9189 NA 6213 NA SH
30092914:11:26    0906 NML 9189 NML 6213 NA SH
30100614:11:11    PRI
GC101614:15:50    5306730906-PHONE ANSWERD NO LINKBACK
GC101614:18:40    5307019189-CALL SKIPPED - NOT MADE
GC101614:18:40    5307416213-CALL SKIPPED - NOT MADE
GC102314:18:51    5306730906-CALL SKIPPED - NOT MADE
GC102314:18:51    5307019189-CALL SKIPPED - NOT MADE
GC102314:18:51    5307416213-CALL SKIPPED - NOT MADE
GC102314:18:51    5306730906-CALL SKIPPED - NOT MADE
GC102314:18:51    5307019189-CALL SKIPPED - NOT MADE
GC102314:18:51    5307416213-CALL SKIPPED - NOT MADE
GC102314:18:51    5306730906-CALL SKIPPED - NOT MADE
GC102314:18:51    5307019189-CALL SKIPPED - NOT MADE
3C102314:18:51    5307416213-CALL SKIPPED - NOT MADE
3C102914:11:42    5306730906-PHONE ANSWERD NO LINKBACK
3C102914:16:46    5307019189-CALL SKIPPED - NOT MADE
```

RASH CURTIS  00009

```
------------------------------------ HISTORY ------------------------------
GC102914:16:46  5307416213-CALL SKIPPED - NOT MADE
GC103014:15:39  5306730906-CALL SKIPPED - NOT MADE
GC103014:15:39  5307019189-CALL SKIPPED - NOT MADE
GC103014:15:39  5307416213-CALL SKIPPED - NOT MADE
GC110514:13:29  5306730906-PHONE ANSWERD NO LINKBACK
GC110514:18:55  5307019189-CALL SKIPPED - NOT MADE
GC110514:18:55  5307416213-CALL SKIPPED - NOT MADE
GC110614:16:47  5306730906-CALL SKIPPED - NOT MADE
GC110614:16:47  5307019189-CALL SKIPPED - NOT MADE
GC110614:16:47  5307416213-CALL SKIPPED - NOT MADE
GC112014:14:05  5306730906-PHONE ANSWERD NO LINKBACK
GC112014:16:48  5307019189-CALL SKIPPED - NOT MADE
GC112014:16:48  5307416213-CALL SKIPPED - NOT MADE
GC112614:19:19  5306730906-CALL SKIPPED - NOT MADE
GC112614:19:19  5307019189-CALL SKIPPED - NOT MADE
GC112614:19:19  5307416213-CALL SKIPPED - NOT MADE
GC112614:19:19  5306730906-CALL SKIPPED - NOT MADE
GC112614:19:19  5307019189-CALL SKIPPED - NOT MADE
GC112614:19:19  5307416213-CALL SKIPPED - NOT MADE
GC112614:19:19  5306730906-CALL SKIPPED - NOT MADE
GC112614:19:19  5307019189-CALL SKIPPED - NOT MADE
GC112614:19:19  5307416213-CALL SKIPPED - NOT MADE
GC112614:19:19  5306730906-CALL SKIPPED - NOT MADE
GC112614:19:19  5307019189-CALL SKIPPED - NOT MADE
GC112614:19:19  5307416213-CALL SKIPPED - NOT MADE
GC121514:11:22  5306730906-PHONE ANSWERD NO LINKBACK
GC121514:17:39  5307019189-PHONE ANSWERD NO LINKBACK
GC121514:17:39  5307416213-NO ANSWER AT NUM CALLED
GC121814:11:43  5306730906-PHONE ANSWERD NO LINKBACK
GC121814:18:43  5307019189-CALL SKIPPED - NOT MADE
GC121814:18:43  5307416213-CALL SKIPPED - NOT MADE
GC012115:14:00  5306730906-PHONED NUMBER WAS BUSY
GC012115:15:58  5307019189-PHONED NUMBER WAS BUSY
GC022015:16:46  5306730906-CALL SKIPPED - NOT MADE
GC022015:16:46  5307019189-CALL SKIPPED - NOT MADE
GC022015:16:46  5307416213-CALL SKIPPED - NOT MADE
GC022015:16:46  5306730906-CALL SKIPPED - NOT MADE
GC022015:16:46  5307019189-CALL SKIPPED - NOT MADE
GC022015:16:46  5307416213-CALL SKIPPED - NOT MADE
GC022415:18:50  5306730906-CALL SKIPPED - NOT MADE
GC022415:18:50  5307019189-CALL SKIPPED - NOT MADE
GC022415:18:50  5307416213-CALL SKIPPED - NOT MADE
GC040215:11:56  5306730906-PHONE ANSWERD NO LINKBACK
GC040215:18:42  5307019189-CALL SKIPPED - NOT MADE
GC040215:18:42  5307416213-CALL SKIPPED - NOT MADE
GC040215:11:56  5306730906-PHONE ANSWERD NO LINKBACK
GC040215:18:42  5307019189-CALL SKIPPED - NOT MADE
GC040215:18:42  5307416213-CALL SKIPPED - NOT MADE
GC041315:18:50  5306730906-CALL SKIPPED - NOT MADE
GC041315:18:50  5307019189-CALL SKIPPED - NOT MADE
GC041315:18:50  5307416213-CALL SKIPPED - NOT MADE
GC041415:18:47  5306730906-CALL SKIPPED - NOT MADE
GC041415:18:47  5307019189-CALL SKIPPED - NOT MADE
GC041415:18:47  5307416213-CALL SKIPPED - NOT MADE
GC041515:18:45  5306730906-CALL SKIPPED - NOT MADE
GC041515:18:45  5307019189-CALL SKIPPED - NOT MADE
3C041515:18:45  5307416213-CALL SKIPPED - NOT MADE
NK050815:16:41  NK0508 02439181
```

RASH CURTIS 00010

```
---------------------------------- HISTORY ----------------------------------
NK050815:16:43   NK0508 02439181
NK050815:16:46   NK0508 02439182
NK052915:09:34   NK0529 02439181
NK052915:13:11   NK0529 02439181
GC053015:10:23   5306730906-PHONE ANSWERD NO LINKBACK
GC053015:11:56   5307019189-CALL SKIPPED - NOT MADE
GC053015:11:56   5307416213-CALL SKIPPED - NOT MADE
GC060115:16:46   5306730906-CALL SKIPPED - NOT MADE
GC060115:16:46   5307019189-CALL SKIPPED - NOT MADE
GC060115:16:46   5307416213-CALL SKIPPED - NOT MADE
GC060115:20:07   5307416213-NO ANSWER AT NUM CALLED
SK060215:08:04   1ST ALERT No Information On File
GC060215:14:32   5307416213-NO ANSWER AT NUM CALLED
GC060315:10:54   5307416213-NO ANSWER AT NUM CALLED
23060415:11:06   VIC CALLED 9189 NML; CALLED 0906 NML; CALLED 6213 NML DK
GC060415:18:43   5307416213-NO ANSWER AT NUM CALLED
GC060515:09:20   5307416213-NO ANSWER AT NUM CALLED
GC060615:08:07   5307416213-CALL SKIPPED - NOT MADE
GC060615:09:23   5307416213-NO ANSWER AT NUM CALLED
GC060815:16:33   5307416213-NO ANSWER AT NUM CALLED
GC060915:16:35   5307416213-NO ANSWER AT NUM CALLED
GC061015:09:54   5307416213-NO ANSWER AT NUM CALLED
GC061115:10:45   5307416213-CALL SKIPPED - NOT MADE
GC061115:14:35   5307416213-NO ANSWER AT NUM CALLED
GC061215:09:41   5307416213-CALL SKIPPED - NOT MADE
GC061215:10:19   5307416213-NO ANSWER AT NUM CALLED
GC061215:16:40   5307416213-CALL SKIPPED - NOT MADE
GC061315:09:23   5307416213-NO ANSWER AT NUM CALLED
GC061515:16:58   5307416213-NO ANSWER AT NUM CALLED
GC061615:16:55   5307416213-NO ANSWER AT NUM CALLED
GC061715:09:03   5307416213-NO ANSWER AT NUM CALLED
GC061715:13:44   5307416213-NO ANSWER AT NUM CALLED
GC061815:16:54   5307416213-NO ANSWER AT NUM CALLED
GC061915:10:24   5307416213-NO ANSWER AT NUM CALLED
GC061915:11:20   5307416213-CALL SKIPPED - NOT MADE
GC061915:13:39   5307416213-NO ANSWER AT NUM CALLED
GC062015:08:13   5307416213-CALL SKIPPED - NOT MADE
GC062015:09:14   5307416213-NO ANSWER AT NUM CALLED
GC062215:12:59   5307416213-NO ANSWER AT NUM CALLED
GC062315:16:48   5307416213-NO ANSWER AT NUM CALLED
GC062415:15:34   5307416213-NO ANSWER AT NUM CALLED
GC062515:15:55   5307416213-NO ANSWER AT NUM CALLED
GC062615:13:04   5307416213-NO ANSWER AT NUM CALLED
GC062615:16:53   5306730906-CALL SKIPPED - NOT MADE
GC062615:16:53   5307019189-CALL SKIPPED - NOT MADE
GC062615:16:53   5307416213-CALL SKIPPED - NOT MADE
GC070315:14:16   5306730906-PHONED NUM IS INVALID
3C070615:15:20   5306730906-PHONED NUMBER WAS BUSY
3C070715:19:01   5306730906-PHONED NUM IS INVALID
3C070815:16:38   5306730906-PHONED NUM IS INVALID
99070915:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02439181
99070915:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02439182
99070915:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02439183
99070915:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02439184
99070915:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02439185
3C070915:13:24   5306730906-PHONED NUM IS INVALID
3C070915:17:58   5306730906-PHONED NUM IS INVALID
3C071015:15:43   5306730906-PHONED NUM IS INVALID
```

RASH CURTIS 00011

```
------------------------------------- HISTORY -------------------------------
GC071315:17:17  5306730906-CALL SKIPPED - NOT MADE
GC071315:17:17  5307019189-CALL SKIPPED - NOT MADE
GC071415:15:47  5306730906-PHONED NUM IS INVALID
GC071515:17:00  5306730906-PHONED NUM IS INVALID
GC071515:19:02  5306730906-CALL SKIPPED - NOT MADE
GC071515:19:02  5307019189-CALL SKIPPED - NOT MADE
GC071615:16:56  5306730906-PHONED NUMBER WAS BUSY
GC071615:18:53  5306730906-CALL SKIPPED - NOT MADE
GC071615:16:58  5307019189-PARTITIONED DNC NOT MADE
GC072215:18:31  5306730906-PHONED NUM IS INVALID
GC072315:14:41  5306730906-PHONED NUM IS INVALID
GC072415:12:38  5306730906-PHONED NUM IS INVALID
GC072715:12:07  5306730906-PHONED NUM IS INVALID
GC072715:16:06  5306730906-PHONED NUM IS INVALID
GC072815:12:00  5306730906-NO ANSWER AT NUM CALLED
GC072915:12:48  5306730906-NO ANSWER AT NUM CALLED
GC072915:16:58  5307416213-CALL SKIPPED - NOT MADE
GC073015:16:13  5306730906-PHONED NUMBER WAS BUSY
GC073015:17:03  5307416213-CALL SKIPPED - NOT MADE
GC073115:14:17  5306730906-NO ANSWER AT NUM CALLED
GC073115:13:27  5307416213-PHONE ANSWERD NO LINKBACK
GC073115:16:38  5306730906-CALL SKIPPED - NOT MADE
GC073115:16:38  5307019189-CALL SKIPPED - NOT MADE
GC073115:16:38  5307416213-CALL SKIPPED - NOT MADE
GC080415:17:22  5306730906-PHONED NUM IS INVALID
GC080415:16:13  5307416213-PHONE ANSWERD NO LINKBACK
GC080515:17:23  5306730906-PHONED NUM IS INVALID
GC080515:18:53  5307416213-CALL SKIPPED - NOT MADE
TD080615:14:52  PHONE 5306730906 REMOVED BY GC UPDATE (C261354): invalid.
GC080615:12:44  5306730906-PHONED NUM IS INVALID
GC080615:13:25  5307416213-PHONE ANSWERD NO LINKBACK
GC080715:13:27  5306730906-PHONED NUM IS INVALID
GC080715:15:04  5307416213-CALL SKIPPED - NOT MADE
GC081115:15:08  5307019189-PHNE # LEFT MSGE ON MACHINE
GC081115:17:00  5306730906-PHONED NUM IS INVALID
GC081115:16:59  5307416213-PHONE ANSWERD NO LINKBACK
GC081215:14:19  5307019189-CALL SKIPPED - NOT MADE
GC081215:14:19  5306730906-CALL SKIPPED - NOT MADE
GC081215:14:19  5307416213-CALL SKIPPED - NOT MADE
GC081215:14:51  5307019189-PHONE ANSWERD NO LINKBACK
GC081215:16:49  5306730906-PHONED NUMBER WAS BUSY
GC081215:15:40  5307416213-PHONE ANSWERD NO LINKBACK
30081315:18:04  GLBL 9189 TT MRS & MR M QA SD THY THY PAID EVERYTHING SD THY
                DNT OWE NOTHING WLLSND THM LTTER SH
GC081315:17:52  5307019189-PHONE ANSWERD NO LINKBACK
GC081315:19:00  5306730906-CALL SKIPPED - NOT MADE
GC081315:19:00  5307416213-CALL SKIPPED - NOT MADE
90081415:13:18  MAILED DS1 DK
30081915:14:44  9189 NA 6213 CLLED RING TWICE THN HUP SH
30082515:09:45  9189 NA 6213 NIS SH
30083115:14:36  9189 NML SH
30090815:16:19  9189 NA SH
30091615:18:21  9189 NML SH
GC091815:12:49  5307019189-PHONE ANSWERD NO LINKBACK
GC092115:13:00  5307019189-PHONE ANSWERD NO LINKBACK
GC092315:17:44  5307019189-PHONE ANSWERD NO LINKBACK
GC092415:14:16  5307019189-PHONE ANSWERD NO LINKBACK
24092515:12:20  VIC9189 NML VS
```

RASH CURTIS  00012

```
-------------------------------------- HISTORY --------------------------------------
GC092515:10:33  5307019189-PHNE # LEFT MSGE ON MACHINE
08092815:16:55  VIC 9189\NA...AF
GC092815:11:14  5307019189-PHONE ANSWERD NO LINKBACK
GC092915:17:25  5307019189-PHNE # LEFT MSGE ON MACHINE
09093015:09:56  VIC 9189 TRANSF TO CO.... TH
GC100115:10:57  5307019189-PHONE ANSWERD NO LINKBACK
11100215:16:31  VIC 9189 NA TR TO COL ...VERO
GC100215:15:19  5307019189-PHONE ANSWERD NO LINKBACK
08100515:10:34  OB 9189\NA...AF
08100515:10:35  \
08100515:10:36  \
08101215:13:31  OB 9189\NA...AF
08101915:13:16  OB 9189\MR SD THIS IS HIS # THEN HU...AF
08102615:16:28  OB 9189\LMW SPS JOHN...AF
19110315:12:16  REQUESTED: ONLINE Experian Credit File
19110315:12:18  VIC OB 9189 NA NML.. at
GC111215:17:01  5307019189-CALL SKIPPED - NOT MADE
GC113015:16:44  5307019189-CALL SKIPPED - NOT MADE
GC120915:14:10  5307019189-PHONE ANSWERD NO LINKBACK
GC122315:18:43  5307019189-CALL SKIPPED - NOT MADE
GC123015:15:41  5307019189-PHONE ANSWERD NO LINKBACK
GC011816:18:52  5307019189-CALL SKIPPED - NOT MADE
GC012016:14:46  5307019189-CALL SKIPPED - NOT MADE
GC012116:17:13  5307019189-PHONE ANSWERD NO LINKBACK
GC012916:14:30  5307019189-PHONE ANSWERD NO LINKBACK
GC020816:15:58  5307019189-PHONE ANSWERD NO LINKBACK
GC021116:11:46  5307019189-PARTITIONED DNC NOT MADE
GC021716:13:49  5307019189-PHONE ANSWERD NO LINKBACK
GC021816:15:36  5307019189-PHONE ANSWERD NO LINKBACK
GC030416:16:54  5307019189-CALL SKIPPED - NOT MADE
55031016:11:55  THIS ACCOUNT IS NOW WITH ATTY AMANADA WITH HER HUSBANDS.
```

RASH CURTIS 00013

# EXHIBIT B
Consent

Patient Name: MCBRIDE, MARIANNE M.

| Note Date/Time | Create by | | Note Content |
|---|---|---|---|
| 05/31/2016 15:48 | tquint | A | Phone number WORK deleted 530-741-6231 |
| 12/18/2015 09:59 | myang | A | Phone number WORK deleted 530-741-6231 |
| 12/18/2015 09:59 | myang | A | Phone number changed from 530-673-0906 to 530-701-2503 |
| 12/18/2015 09:59 | myang | A | Phone number type changed from HOME to MOBIL for number 530-701-2503 |
| 12/18/2015 09:58 | myang | A | Primary Address added 1318 G ST  MARYSVILLE,CA 95901 for HOME |
| 11/17/2015 10:48 | t2lizama | A | Primary Address removed from 743 FRANKLIN AVE  YUBA CITY,CA 95991 |
| 11/16/2015 15:42 | them | A | Phone number changed from 530-673-0906 to 530-701-9189 |
| 11/16/2015 15:42 | them | A | Primary Phone removed from 530-673-0906 |
| 11/16/2015 15:41 | them | A | Primary Phone added for 530-701-2503 |
| 11/16/2015 15:41 | them | A | Primary Phone removed from 530-701-2503 |
| 11/16/2015 15:41 | them | A | Primary Phone added for 530-673-0906 |
| 07/09/2015 10:33 | m1vue | A | Phone number type changed from HOME to MOBIL for number 530-701-2503 |
| 07/09/2015 10:33 | m1vue | A | Primary Address removed from 743 FRANKLIN AVE  YUBA CITY,CA 95991 |
| 07/07/2015 14:07 | m2flores | A | Primary Phone removed from 530-673-0906 |
| 04/27/2015 17:21 | ssokolowski | | Agency Transfer Information ID-CALIFORNIA SERVICE BUREAU for $53.35 |
| 04/27/2015 16:16 | ssokolowski | | Agent: CSB01 was assigned. Invoice ID: 400055860-0001  Balance: $53.35. |
| 04/22/2015 00:47 | SYSTEM | | Statement Processed, balance of 53.35 for invoice 400055860-0001Statement Path - SPINS, Step - 4 SELF FN |
| 03/25/2015 00:54 | SYSTEM | | Statement Processed, balance of 53.35 for invoice 400055860-0001Statement Path - SPINS, Step - 3 SELF 60 |
| 02/25/2015 00:41 | SYSTEM | | Statement Processed, balance of 53.35 for invoice 400055860-0001Statement Path - SPINS, Step - 2 SELF 30 |
| 01/28/2015 00:58 | SYSTEM | | Statement Processed, balance of 53.35 for invoice 400055860-0001Statement Path - SPINS, Step - 1 SAI INIT |
| 10/06/2014 00:00 | jreese | | 400055860-0001 - CLAIM BILLED ELECTRONIC TO BLUE - BILLER: Biller |
| 09/22/2014 06:53 | rprovancha | | BILL FOR COSTS |
| 09/22/2014 06:53 | rprovancha | | ORDERING DR IS TIMOTHY DAVERN AT CALIFORNIA TRANSPLANT |

RASH CURTIS  00014

Patient Name: MCBRIDE, JOHN A.

| Note Date/Time | Create by | | Note Content |
|---|---|---|---|
| 11/17/2015 10:50 | t2lizama | A | Primary Address removed from 743 FRANKLIN AVE YUBA CITY,CA 95991 |
| 11/17/2015 10:49 | t2lizama | A | Phone number changed from 530-673-0906 to 530-701-9189 |
| 04/27/2015 17:21 | ssokolowski | | Agency Transfer Information ID-CALIFORNIA SERVICE BUREAU for $516.27 |
| 04/27/2015 16:16 | ssokolowski | | Agent: CSB01 was assigned. Invoice ID: 400068697-0001 Balance: $516.27. |
| 04/22/2015 00:47 | SYSTEM | | Statement Processed, balance of 516.27 for invoice 400068697-0001Statement Path - SPINS, Step - 4 SELF FN |
| 03/25/2015 00:54 | SYSTEM | | Statement Processed, balance of 516.27 for invoice 400068697-0001Statement Path - SPINS, Step - 3 SELF 60 |
| 02/25/2015 00:41 | SYSTEM | | Statement Processed, balance of 516.27 for invoice 400068697-0001Statement Path - SPINS, Step - 2 SELF 30 |
| 01/28/2015 00:58 | SYSTEM | | Statement Processed, balance of 516.27 for invoice 400068697-0001Statement Path - SPINS, Step - 1 SAI INIT |
| 10/27/2014 00:00 | jreese | | 400068697-0001 - CLAIM BILLED ELECTRONIC TO BLUE - BILLER: Biller |
| 10/20/2014 06:53 | mquintero | | SCANNED IN INS PHOTO ID COA AND DR'S ORDER. NOT SHOWING IN THE SCANNED DOCUMENTS |
| 10/20/2014 06:52 | mquintero | | Date.............................: 10/20/2014 |

Time.............................: 06:52:09 AM
Payer............................: BLUECROSS CALIFORNIA (ANTHEM)
User ID.........................: MQU
Status...........................: Eligibility Found

PAYER DEMOGRAPHIC CHANGES - SUBSCRIBER

|  | Original Data | Payer Data |
|---|---|---|
| Name..........: | MCBRIDE,JOHN | MATRICIA MCBRIDE,MARIANE |
| DOB...........: | | |

PAYER DEMOGRAPHIC CHANGES - PATIENT

|  | Original Data | Payer Data |
|---|---|---|
| Name..........: | | MCBRIDE,JOHN A |
| Group Number.: | | 1225ZA |
| Plan Number..: | | 040 |
| Gender.......: | | M |
| DOB..........: | | |
| Relationship.: Self | | Spouse |

ACTIVE COVERAGE
Service Type...........: Health Benefit Plan Coverage
Coverage Level........: Employee and Spouse
Plan Coverage Desc....: PRUDENT BUYER PLUS
Insurance Type........: Preferred Provider Organization (PPO)

Revenue360 ID..................: {1CC50353-E501-4CE0-BE0F-A459459E43C3}

| 10/20/2014 06:20 | dbo | | Eligibility 270-271 response received by visit #400068697 from payor BLUEX - BLUE CROSS |
| 10/20/2014 06:17 | mquintero | A | Marital Status Changed from UNKNOWN to Married |

RASH CURTIS  00015

EXHIBIT C
Global Connect User Manual

# Customer Manual

RASH CURTIS 00016

# Table of Contents

Introduction.................................................................................................................... 3
  News Tab. ................................................................................................................ 4
  Reports Tab ............................................................................................................. 6
      Generate a New Report ................................................................................. 6
      Cancelling a Broadcast ................................................................................. 8
      Resizing a Broadcast .................................................................................... 9
      Combine ...................................................................................................... 10
      Pause .......................................................................................................... 11
      Play ............................................................................................................. 11
      Download Recordings ................................................................................ 12
      Expand All .................................................................................................. 12
      Hide All....................................................................................................... 13
      Viewing a Broadcast Report ...................................................................... 13
         Summary................................................................................................ 13
         Call Results ........................................................................................... 13
         Clickable Links..................................................................................... 14
         View as Report ..................................................................................... 16
         Import to Call List ................................................................................ 17
         Open in Spreadsheet or Open as Text .................................................. 18
         Download Recordings ........................................................................... 19
         Link Back Reports ................................................................................ 21
  Call List Tab ............................................................................................................ 23
      How to Create a Call List ............................................................................ 23
      Import Call List ........................................................................................... 24
      Call List Details .......................................................................................... 27
      Viewing and Editing a Call List ................................................................. 28
      Split a List................................................................................................... 34
      Combine List............................................................................................... 35
      Broadcast Tab ............................................................................................. 36
      Build a TTS Message .................................................................................. 45
      Edit a Broadcast ......................................................................................... 58
  Schedule Tab ........................................................................................................... 62
      Starting Options .......................................................................................... 63
      Stopping Options ........................................................................................ 64
  Preferences Tab ....................................................................................................... 66
      To Change Time Zone and Language ......................................................... 67
      To Change Password ................................................................................... 67
      Add/Delete Area Code to DNC list ............................................................ 68
      To delete an area code................................................................................. 69
      To find an area code using the Map............................................................ 70
      Modify Live Only Call List ........................................................................ 71
      Enable Link Back Recording ...................................................................... 72
      Enable Scrubbing of Calls .......................................................................... 73
      Enable AutoSplit of Time Zone .................................................................. 75
      Enable AutoSplit by Size ........................................................................... 76
  Accounting Tab........................................................................................................ 77

RASH CURTIS  00017

**D. Call List Tab**

a. How to Create a Call List - The first step to setting up a broadcast is to import a call list into the Global Connect System. Below are the steps to import a call list.

b. Save an Excel File to Text Tab Delimited – The Global Connect System can upload files in four separate formats (listed below). To save an excel data file into one of these formats follow the steps below

    i. Text Tab Delimited

    ii. Comma Separated

    iii. Comma Separated Standard

    iv. Pipe Delimited

        1. Open the excel file that contains your call group information.

        2. Click "File" at the top left corner. Scroll Down and click "Save As".

        3. A window will appear. At the bottom you will see the "Save as Type:" field. Click the down arrow next to that field.

        4. Give the file a name

        5. Scroll down to the format of your choice (preferred is Text Tab Delimited). Click the format you choose and then click the "SAVE" button.



RASH CURTIS 00018

c. **Import Call List to Global Connect** – Now that your call list is ready, the next step is to upload the file into the Global Connect System.
   i. Click on the "Call Lists" Tab
   ii. Click on "Create"



RASH CURTIS  00019

iii. A new page will display where you would choose "Upload Call List File"
iv. Click on the "Browse" button
  1. A search window will appear. Find your call list on your computer and click on it.
  2. The file will upload to the Global Connect System
  3. Ensure the correct file type displays below. If not, choose the file type from the drop down arrow selection
  4. There is also an option to allow duplicate phone numbers and to allow cell phones. If the boxes are checked, it will allow the duplicate and cell numbers to remain in your list and be called. Otherwise, those numbers will be sorted out into a separate "errors" call list and/or a cell phone list.
  5. To move onto the next step, click the "CONTINUE" button



RASH CURTIS 00020

v. Select Data Fields – the next window is where you select the data fields you want to upload. To send a broadcast, you only need a phone number field. However, you may want to include an account number or ID number for reporting purposes and/or whisper link backs.

1. To include a field, click the down arrow and choose a heading name from the list provided
2. To exclude a field, click the down arrow and choose "Ignore" from the list provided
3. To move onto the next step, click the "CONTINUE" button



RASH CURTIS  00021

vi. Call List Details – The next screen is where you name your call list,
   select the caller ID recognition, link back number, and default area codes
   1. Call List name (required field) – name the call list in a way that
      will not be confused by or with other lists you upload. This call
      list can be re-used.
   2. Caller ID (required field) - The phone number you type in this
      field will be the number displayed on the recipient's caller ID.
      **NOTE:** enter in the ten digit phone number without dashes or
      parenthesis (example: 8884214151)
   3. Use Multiple Caller ID's (not available for all industries) – check
      this box if you want multiple caller ID's to show on the recipients
      phone on each retry
      a. If the box is checked, four additional Caller ID fields will
         display for entry of more phone numbers.
   4. Connect Back # (required field) - The phone number where the
      call will be transferred when a call recipient presses the 9 key to
      link back (connect back) to a CSR
   5. Link Back Ext – The ability exists to link back to the call center
      and dial the CSR's extension at their desk or to your hunt group
   6. Default Area Code – Fill in this field only if your list contains 7
      digit phone numbers. The system will automatically append each
      phone number with the area code entered in this field
   7. Sort Option – If you wish to sort your list by time zone, use the
      drop down arrow and choose time zone for the sort
      **NOTE** – this will not schedule out your call list by time zone.
      That function will be done on your schedule tab
   8. Click "DONE"



RASH CURTIS  00022

d. Viewing and Editing a Call List – Once a call list has been successfully uploaded, you can view the list via the "Call List" Tab. The call list will be created along with an associated errors list. The errors list is created because the Global Connect System automatically scans for incomplete, missing, duplicate, and/or invalid phone numbers.



    i. To View or Edit a call list:
        1. Click on the name of the call list



RASH CURTIS 00023

# EXHIBIT D
In coming Correspondence



Sergei Lemberg, Esq. (Admitted in NY, MA, CT, PA, GA) – Principal
Jody B. Burton, Esq. (Admitted in CT, NY, PA, DC)
Stephen Taylor, Esq. (Admitted in NY, CT)
Vlad Hirnyk, Esq. (Admitted in NY, CT)
Jenny DeFrancisco, Esq. (Admitted in NY, CT)
Alex Hornat, Esq. (Admitted in NY, MA, CT)
**Of Counsel**
Trinette G. Kent, Esq. (Admitted in AZ, CA)
Sofia Balle, Esq. (Admitted in NY, NJ)
Amy L. Cueller, Esq. (Admitted in IN, WI)
Ruth M. Allen, Esq. (Admitted in NC)
Nathan Earle, Esq. (Admitted in SC)
Curtis R. Hussey, Esq. (Admitted in AL, MS, UT)

February 1, 2016

**VIA CERTIFIED MAIL**
Rash Curtis & Associates
190 South Orchard Avenue, Suite C250
Vacaville, California 95688

     RE:   **McBride v. Rash Curtis & Associates**

To Whom It May Concern:

     Please be advised that we represent John McBride and are prepared to file the attached lawsuit. A draft complaint specifying the allegations is attached. Please contact me within thirty days if you would like to resolve this case prior to filing.

     Please cease all calls to (530) 701-9189. If I do not hear from you within thirty days, a lawsuit will be filed. Please feel free to contact me at the number below to discuss this matter prior to suit.

     Sincerely,

     /s/ Trinette G. Kent

     Trinette G. Kent
     tkent@lemberglaw.com
     Tel. (480) 247-9644

*RCA 2440386*

1  TRINETTE G. KENT (State Bar No. 222020)
2  10645 North Tatum Blvd., Suite 200-192
   Phoenix, AZ 85028
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5
6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  43 Danbury Road
   Wilton, CT 06897
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424
11
   Attorneys for Plaintiff,
12 John McBride
13
14            UNITED STATES DISTRICT COURT
15          EASTERN DISTRICT OF CALIFORNIA
16               SACRAMENTO DIVISION
17
18 John McBride,                     Case No.:
19            Plaintiff,             **COMPLAINT FOR DAMAGES**
20
21     vs.                          **FOR VIOLATIONS OF:**
                                     **1. THE TELEPHONE CONSUMER**
22 Rash Curtis & Associates,           **PROTECTION ACT;**
                                     **2. THE FAIR DEBT COLLECTION**
23            Defendant.               **PRACTICES ACT; AND**
                                     **3. THE ROSENTHAL FAIR DEBT**
24                                     **COLLECTION PRACTICES ACT**
25
26                                   **JURY TRIAL DEMANDED**
27
28

RASH CURTIS  00025

Plaintiff, John McBride (hereafter "Plaintiff"), by undersigned counsel, brings the following complaint against Rash Curtis & Associates (hereafter "Defendant") and alleges as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"), repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), and repeated violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.* ("Rosenthal Act").

2. Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3), 15 U.S.C. § 1692k(d), Cal. Civ. Code 1788.30(f), 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district and/or where Defendant transacts business in this district.

## PARTIES

4. Plaintiff is an adult individual residing in Marysville, California, and is a "person" as defined by 47 U.S.C. § 153(39) and Cal Civ. Code § 1788.2(g).

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3), and is a "debtor" as defined by Cal. Civ. Code § 1788.2(h).

2

COMPLAINT FOR DAMAGES

RASH CURTIS 00026

6.     Defendant is a business entity located in Vacaville, California, and is a "person" as the term is defined by 47 U.S.C. § 153(39) and Cal Civ. Code § 1788.2(g).

7.     Defendant uses instrumentalities of interstate commerce or the mails in a business the principle purpose of which is the collection of debts and/or regularly collects or attempts to collect debts owed or asserted to be owed to another, and is a "debt collector" as defined by 15 U.S.C.§ 1692a(6).

8.     Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in the collection of consumer debts, and is a "debt collector" as defined by Cal. Civ. Code § 1788.2(c).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

9.     Plaintiff is a natural person allegedly obligated to pay a debt asserted to be owed to a creditor other than Defendant.

10.     Plaintiff's alleged obligation arises from a transaction in which property, services or money was acquired on credit primarily for personal, family or household purposes, is a "debt" as defined by 15 U.S.C. § 1692a(5), and is a "consumer debt" as defined by Cal. Civ. Code § 1788.2(f).

11.     At all times mentioned herein where Defendant communicated with any person via telephone, such communication was done via Defendant's agent, representative or employee.

3

COMPLAINT FOR DAMAGES

RASH CURTIS 00027

12.     At all times mentioned herein, Plaintiff utilized a cellular telephone service and was assigned the following telephone number: 530-XXX-9189 (hereafter "Number").

13.     Within the past year, Defendant placed calls to Plaintiff's Number in an attempt to collect a debt from Plaintiff's wife.

14.     The aforementioned calls were placed using an automatic telephone dialing system ("ATDS") and/or by using an artificial or prerecorded voice ("Robocalls").

15.     When Plaintiff answered Defendant's calls, he was met with a Robocall instructing him to stay on the line before Defendant's telephone system attempted to connect him with the next available agent.

16.     In September of 2015, Plaintiff advised Defendant that his wife was unreachable at his Number and demanded that Defendant "quit calling."

17.     Nevertheless, Defendant continued calling Plaintiff's Number using an ATDS and/or Robocalls at an excessive and harassing rate.

18.     Defendant's calls directly interfered with Plaintiff's right to peacefully enjoy a service that he paid for and caused Plaintiff a significant amount of anxiety, frustration and annoyance.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, *et seq.*

4

COMPLAINT FOR DAMAGES

RASH CURTIS  00028

19. Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

20. The TCPA prohibits Defendant from using, other than for emergency purposes, an ATDS and/or Robocalls when calling Plaintiff's Number absent Plaintiff's prior express consent to do so. *See* 47 U.S.C. § 227(b)(1).

21. Defendant's telephone system has the earmark of using an ATDS and/or using Robocalls in that Plaintiff, upon answering calls from Defendant, heard a Robocall instructing him to stay on the line.

22. Defendant called Plaintiff's Number using an ATDS and/or Robocalls without Plaintiff's consent in that Defendant either never had Plaintiff's prior express consent to do so or such consent was effectively revoked when Plaintiff requested that Defendant cease all further calls.

23. Defendant continued to willfully call Plaintiff's Number using an ATDS and/or Robocalls knowing that it lacked the requisite consent to do so in violation of the TCPA.

24. Plaintiff was harmed and suffered damages as a result of Defendant's actions.

25. The TCPA creates a private right of action against persons who violate the Act. *See* 47 U.S.C. § 227(b)(3).

26. As a result of each call made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages.

5

COMPLAINT FOR DAMAGES

RASH CURTIS 00029

27. As a result of each call made knowingly and/or willingly in violation of the TCPA, Plaintiff may be entitled to an award of treble damages.

## COUNT II

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.*

28. Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

29. The FDCPA was passed in order to protect consumers from the use of abusive, deceptive and unfair debt collection practices and in order to eliminate such practices.

30. Defendant attempted to collect a debt from Plaintiff and engaged in "communications" as defined by 15 U.S.C. § 1692a(2).

31. Defendant engaged in conduct, the natural consequence of which was to harass, oppress, or abuse Plaintiff, in connection with the collection of a debt, in violation of 15 U.S.C. § 1692d.

32. Defendant caused Plaintiff's phone to ring or engaged Plaintiff in telephone conversations repeatedly or continuously, with the intent to annoy, abuse and harass Plaintiff, in violation of 15 U.S.C. § 1692d(5).

33. The foregoing acts and/or omissions of Defendant constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

6

COMPLAINT FOR DAMAGES

RASH CURTIS  00030

34.    Plaintiff was harmed and is entitled to damages as a result of Defendant's violations.

## COUNT III

## VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, Cal. Civ. Code § 1788, *et seq.*

35.    Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

36.    The Rosenthal Act was passed to prohibit debt collectors from engaging in unfair and deceptive acts and practices in the collection of consumer debts.

37.    Defendant caused Plaintiff's telephone to ring repeatedly or continuously to annoy Plaintiff, in violation of Cal. Civ. Code § 1788.11(d).

38.    Defendant communicated with Plaintiff with such frequency as to be unreasonable, constituting harassment, in violation of Cal. Civ. Code § 1788.11(e).

39.    Defendant did not comply with the provisions of 15 U.S.C. § 1692, *et seq.*, in violation of Cal. Civ. Code § 1788.17.

40.    Plaintiff was harmed and is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant for:

A. Statutory damages of $500.00 for each call determined to be in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3);

7

COMPLAINT FOR DAMAGES

RASH CURTIS 00031

B. Treble damages for each violation determined to be willful and/or knowing under the TCPA pursuant to 47 U.S.C. § 227(b)(3);

C. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

D. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

E. Actual damages pursuant to Cal. Civ. Code § 1788.30(a);

F. Statutory damages of $1,000.00 for knowingly and willfully committing violations pursuant to Cal. Civ. Code § 1788.30(b);

G. Costs of litigation and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code § 1788.30(c);

H. Punitive damages; and

I. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED: February 1, 2016          TRINETTE G. KENT

By: _/s/ Trinette G. Kent_
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, John McBride

8

COMPLAINT FOR DAMAGES

RASH CURTIS 00032



| Get Minutes Used | Get Data Used | Get Balance |
|---|---|---|
| #MIN + SEND | #DATA + SEND | #BAL + SEND |

## Explanation of Charges

### Verizon Wireless' Surcharges

Verizon Wireless' Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.

### Taxes, Governmental Surcharges and Fees

Includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill customers. These taxes, surcharges and fees may change from time to time without notice.

### Late Fee Information

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law.

### Verizon Wireless' Other Charges and Credits

Includes charges for products and services, and credits owing.

## Payments

| | |
|---|---|
| **Previous Balance** | **$166.36** |
| **Payment – Thank You** | |
| Electronic Payment / Authorization Received – 10/01/15 | –166.36 |
| **Total Payments** | **–$166.36** |
| **Balance Forward** | **$.00** |

## Account Charges and Credits

**Account Monthly Charges**

| | | |
|---|---|---|
| MORE EVERY UNL Tlk TXT 10GB | 10/17 – 11/16 | 80.00 |
| 15% Access Discount | 10/17 – 11/16 | –12.00 |
| **Subtotal** | | **$68.00** |
| **Total Account Charges and Credits** | | **$68.00** |

**Correspondence Address: Verizon Wireless Attn: Correspondence Team PO Box 5029 Wallingford, CT 06492**

**Automatic Payment Enrollment for Account: 465109730-00002 MARIANNE M MCBRIDE**
By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charges.

1. Check this box.      2. Sign name in box below, as shown on the bill and date.      3. Return this slip with your payment. Do not send a voided check.

**Changing your billing address for Account: 465109730-00002 MARIANNE M MCBRIDE**
Use this space or sign in to My Verizon at vzw.com/changeaddress to change the mailing address where we send your bill. If we do not have your most recent email address, provide it below and we'll use it to tell you important information about your Verizon Wireless service. Allow 2 billing cycles for the address change to take effect.

New Address _____

City _____

State/Zip _____

Work Phone _____ Home Phone _____

Email _____

**Confirming or changing your service address**

For each of your mobile numbers, in order to bill taxes and surcharges correctly we need a service address - which is a street address (not a PO Box) that is the home or primary business address of the person who uses that number. To confirm or change the service address for any of your mobile numbers, sign in to My Verizon at vzw.com/serviceaddress.

50000004-0000238-0000100 of 0000144-C04-8X-2704

RASH CURTIS  00033



## Overview of Lines

### Your Account's Plan

**MORE EVERY UNL Tik TXT 10GB**
$80.00 monthly charge
10 monthly GB allowance
$15.00 per GB after allowance
**Beginning on 07/17/15:**
15% Access Discount

### Breakdown of Charges

| | | |
|---|---|---|
| Account Charges & Credits | pg 2 | $68.00 |
| 530–701–2503<br>John McBride | pg 4 | $49.31 |
| 530–701–9189<br>Marianne McBride | pg 13 | $49.31 |
| **Total Current Charges** | | **$166.62** |

### Breakdown of Shared Usage

| | | Minutes Used | Messaging Used | Data GB Used |
|---|---|---|---|---|
| 530–701–2503 | pg 4 | 562 | 790 | .869 |
| 530–701–9189 | pg 13 | 318 | 726 | 1.277 |
| **Total Used** | | **880** | **1,516** | **2.146** |
| **Shared Allowance** | | unlimited | unlimited | 10.000 |
| **Usage Over Allowance** | | 0 | 0 | 0 |
| **Total Shared Usage Charges** | | $.00 | $.00 | $.00 |

RASH CURTIS  00034



## Summary for John McBride: 530–701–2503

### Your Plan

**MORE EVERY UNL Tlk TXT 10GB**
(see pg 3)

**Beginning on 07/30/15:**
**$25 Smartphone Device Payment Disc**

---

Have more questions about your charges?
Get details for usage charges at
www.vzw.com. Sign into My Verizon to View
Online Bill and click on Calls, Messages &
Data.

---

### Monthly Charges

| | | |
|---|---|---|
| Smartphone Line Access | 10/17 – 11/16 | 40.00 |
| $25 SP Device Payment Disc | 10/17 – 11/16 | –25.00 |
| Total Mobile Protection – Asurion | 10/17 – 11/16 | 11.00 |
| | | **$26.00** |

### Equipment Charges

| | |
|---|---|
| Device Payment Agreement 1105777012 – Payment 3 of 24 | 20.83 |
|     Paid 41.73 | |
|     Past Due .00 | |
|     Balance (after this month's current payment) 437.43 | |
| | **$20.83** |

### Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Shared | minutes | unlimited | 562 | --- | --- |
| Mobile to Mobile | minutes | unlimited | 290 | --- | --- |
| Night/Weekend | minutes | unlimited | 186 | --- | --- |
| Total Voice | | | | | $.00 |

| Messaging | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Text, Picture & Video | messages | unlimited | 790 | --- | --- |
| Total Messaging | | | | | $.00 |

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Gigabyte Usage | gigabytes | 10.000 (shared) | .869 | --- | --- |
| Total Data | | | | | $.00 |
| **Total Usage and Purchase Charges** | | | | | **$.00** |

**Verizon Wireless' Surcharges+**

| | |
|---|---|
| Fed Universal Service Charge | .51 |
| Regulatory Charge | .21 |
| Administrative Charge | .95 |
| CA State PUC Fee | .02 |
| | **$1.69** |

**Taxes, Governmental Surcharges and Fees+**

| | |
|---|---|
| CA State 911 Fee | .09 |
| CA Teleconnect Fund Surchg | .10 |
| CA State High Cost Fund (A) | .03 |
| Lifeline Surcharge – CA | .48 |
| CA Advanced Srvcs Fund (CASF) | .04 |
| CA Relay Srvc/Comm Device Fund | .05 |
| | **$.79** |

RASH CURTIS  00035

# EXHIBIT E
Training Materials

**FDCPA, CA Rosenthal Act Compliant, FCRA, & HIPPA**

❶ Was the Mini Miranda given and not altered, and the account noted that Mini Miranda was given?

Yes No N/A

*Federal Law requires me to inform you this is an attempt to collect a debt and any information obtained will be used for that purpose.*

Was the quality assurance/call monitoring script recited to the debtor/consumer?

Yes No N/A

*This call may be monitored for training purposes and quality assurance.*

Did the collector obtain expressed permission to disclose information to the third party and was the account notated correctly?

Yes No N/A

Did the collector engage in any conduct the natural consequences of which is to harass, oppress or abuse any person in connection with the collection of the debt? Including using obscene language or calling back after the debtor /consumer has hung up?

Yes No N/A

Did the collector threaten legal action or any other action which cannot legally be taken or which is not intended to be taken?

Yes No N/A

Did the collector communicate with the debtor/consumer after it is known that he or she is represented by and attorney unless the attorney fails to respond within a reasonable period of time?

Yes No N/A

**Account Management / System Usage**

Did the collector dial all the phone numbers on the account and note the last 4 digits of the caller ID?

Yes No N/A

Did the collector update any new phone numbers that were found to the header and/or remove any phone numbers that are disconnected or wrong?

Yes No N/A

*All phone numbers need to be dialed on every account, If a phone number is disconnected or wrong it needs to be removed from the header. If a new caller ID or new phone number is obtained this needs to be updated to the header.*

Was Place of Employment (POE) skip-traced? And letter A-17 sent out?

Yes No N/A

Was the account skip-traced on accurint and reverse address performed?

Yes No N/A

Was CBR pulled?

Yes No N/A

Were third party questions asked and were they asked correctly? (open ended questions)

Yes No N/A

*What is the phone number I can reach him/her at now? What is his/her phone number? Where does he/she live? What time will he/she be home? Where does he/she work? What is his/her work phone number? What is his/her Cell number?*

Did the collector assign the account the correct status code?

Yes No N/A

RASH CURTIS 00036

| | Yes | No | N/A |
|---|---|---|---|
| Are the notes complete and professional based on required work standards? | ○ | ○ | ○ |
| Did the collector initial the account at the end of the notes? | ○ | ○ | ○ |
| Was the account jack-dated or time reminded (TR) for proper follow up? | ○ | ○ | ○ |
| Did the collector obtain an email address? If yes was the requested correspondence sent through email? | ○ | ○ | ○ |
| Did the collector spend sufficient amount of time on account? | ○ | ○ | ○ |

## Contact

| | Yes | No | N/A |
|---|---|---|---|
| Was all of the header information obtained, updated and noted? | ○ | ○ | ○ |

*What is your current mailing address? What is your email address? What is your home phone#, and your Cell phone #?*
*What is your POE? And your position there? What is the POE phone#? Are you paid weekly, biweekly, or monthly and what dates? And the amount? If unemployed what is your source of income?*
*What is your spouse name? Where does your spouse work? And their position? And the phone Number there? Is your spouse paid weekly, bi-wkly or monthly what date? and the amount? How much are you paying for Rent or Mortgage? And how much is your Car payment?*
*What is the name of your Bank? And that is checking and savings or just checking? Other sources of income-credit cards , 401k, stocks..ect.*

| | Yes | No | N/A |
|---|---|---|---|
| Did the collector refrain from assuming the information we have on the account is correct? | ○ | ○ | ○ |
| Did the collector create urgency on the call? | ○ | ○ | ○ |
| Did the collector effectively work past the debtor/consumers stall ? | ○ | ○ | ○ |
| Did the collector send the call to the Talk-off Line? | ○ | ○ | ○ |

## Negoatiations

| | Yes | No | N/A |
|---|---|---|---|
| Did the collector request the balance in full today? | ○ | ○ | ○ |
| Did the collector start high with settlement offer and work their way down? | ○ | ○ | ○ |
| Did the collector offer the balance over 3 months then work over additional months if the debtor couldn't afford? | ○ | ○ | ○ |
| Did the collector take the best possible arrangement on the account and not end the call without some type of payment? | ○ | ○ | ○ |

RASH CURTIS  00037

Did the collector solicit PDR ? If no bank account did the collector push for a pre-paid credit card?

Yes    No    N/A

Did the collector inform the debtor of our credit card or check fee?

Yes    No    N/A

Did the collector push for the fee prior to asking to waive the fee? (Half or 1%)

Yes    No    N/A

If a PAY account, is there a TBR date and amount in the notes and header?

Yes    No    N/A

Was the account jack-dated for the day after the payment is due?

Yes    No    N/A

Communication Skills/Soft Skills

Did the collector maintain a positive tone throughout the call?

Yes    No    N/A

Did the collector avoid using Slang?

Yes    No    N/A

Did the collector effectively control the call?

Yes    No    N/A

Did the collector demonstrate professional call etiquette? (Please, Thank You)

Yes    No    N/A

Did the collector give accurate information?

Yes    No    N/A

Did the collector use proper hold procedures? Inform debtor to be placed on hold, checked back in regular intervals, and thanked them for holding?

Yes    No    N/A

Did the collector demonstrate active listening skills?

Yes    No    N/A

Did the collector transfer the call to the appropriate department or representative?

Yes    No    N/A

Did the collector avoid rude behavior?

Yes    No    N/A

**Review**



---

Subject – Policy & Procedure: **Quality Assurance Program**

---

### I. Purpose

To establish uniform audit guidelines and procedures for our Quality Assurance Program. The foundation of meeting our work standards and complying with all Fair Debt Collection Practice Act (FDCPA), California Rosenthal's Act, Fair and Accurate Credit Transactions Act (FAACTA), Fair Credit Report Act (FCRA) and Health Insurance Portability and Accountability Act (HIPAA) rules and regulations is based on timely feedback, training and accountability.

It is the goal of Rash Curtis and Associates to create resources that are highly skilled, who provide excellent customer service and comply with all pertinent rules and regulations, to maximize our revenue and exceed our client's expectations.

The effort to maintain the data integrity of our DAKCS system is imperative to our mission of delivering high customer service and achieving targeted results.

### II. Policy

A. Each employee will receive a copy of Quality Assurance policy and procedure and will have an opportunity to ask review and ask questions. In addition, employees will be required to sign acknowledgement receipt of our "Quality Assurance" policy and procedure. The acknowledgement receipt will be placed into their employee record file.

B. Audit Score Rules and Criteria

1. There is a total of 100 points on an audit. **In order to pass your audit, you must obtain a 90% minimum score.**

2. You may receive more than one audit per month. Your overall audit score for the month will be captured utilizing your monthly average score. **In order to pass your monthly average audit, you must obtain a 90% minimum score.**

3. New Hires/Rehires for the first 30 days; Your audits will be considered as a training tool **only** to help identify any additional training needed.

C. Compliance / Rules

1. FDCPA, California Rosenthal Act, FCRA and FAACTA

a. Mini-Miranda (M/M) needs to be given for all contacts (including repeated daily contacts to the same debtor) for all accounts worked.

b. Although the FDCPA regulation is that you only have to recite the Mini-Miranda once daily to the same debtor in those instances where you have contacted the same debtor multiple times on the same day and recited the Mini-Miranda during your initial contact, it is our policy and safety net to ensure we recite the Mini-Miranda, you must recite the Mini-Miranda for each and every contact, including multiple contacts to the same debtor made daily.

c. Mini-Miranda and Quality Assurance Script

i. **"This call may be monitored for quality assurance and training purposes".**

ii. **"Federal law requires me to inform you this is an attempt to collect a debt, any information obtained will be used for that purpose".**

2. Third Party Disclosure

a. Who can you give Third Party disclosure to;

i. Spouse (In community Property States)

RASH CURTIS 00040

      ii.  Attorney

     iii.  POA ( with written consent )

     iv.  Guardian ( if under 18 years old )

      v.  Executive of Estate ( if deceased )

     vi.  Insurance company

3.  FCRA and FAACTA

    a.  Data Integrity; The data contained in DAKCS is the source from which demographic data is drawn and reported out to various credit reporting agencies.

    b.  It is your responsibility to ensure the data is accurate and the information being reported is valid.

4.  HIPAA

    a.  It your responsibility to adhere to all HIPAA rules and regulations.

    b.  According to HIPAA regulations, when using or disclosing; Protected Health Information ( PHI ) or when requesting PHI from another entity, reasonable efforts must be made to limit the PHI to the minimum amount of information necessary to accomplish the task as it relates to; Treatment, Payment or Operations ( TPO ).

    c.  It is your legal and ethical responsibility to safeguard the privacy of all patients/debtors, and to protect the confidentiality of their PHI.

5.  Creaming Accounts

    a.  Creaming Accounts: ( No More Cream Weeks, Creaming will be on the spot and a Manager will let you know when it is okay to Cream an Account.

    b.  Creaming accounts; Call all available numbers on the account to obtain contact with the consumer/debtor.  Do Not change the Status Code if the account is in a Priority New Business ( PNB ) Status Code.

c. If there are no good numbers on the account, you must conclude the account and apply all skip/work standards, i.e.; Skip Trace the Account for a good Home Phone Number and Place of Employment (POE) information

III. Procedure

A. Our Quality Assurance program will be maintained, enforced and handled by our Internal Auditor.

B. The Auditor is responsible for completing a minimum of one audit per month per collector.

C. Once the Auditor completes the audit, she/he will meet with the collector and review their audit results and guidelines in detail. In addition, the auditor will provide any additional training deemed necessary during their audit session, i.e.; clarify rules and regulations, allow Collector to listen to their phone calls and role play. **Collector must sign receipt of their audit.** (Refer to attachment: A)

D. To comply with FDCPA, California Rosenthal's Act, FAACTA, FCRA and HIPAA regulatory guidelines and our work standards, Rash Curtis and Associates Internal Auditor will randomly select accounts to audit which includes but is not limited to;

1. Listen to recorded phone calls to ensure Mini-Miranda and Quality Assurance scripts are recited.

2. Listen to recorded phone calls to ensure account is properly worked and all required information is obtained accurately and is clearly documented, i.e.; Update and Verify all Header information.

3. Ensure all account follow-up is handled and completed in an accurate and timely manner.

4. Check DAKCS for all master accounts in RCA and PRS to ensure all accounts are properly worked and documented.

5. Ensure account notes are professional and are clearly noted in the history. This includes critical information noted in the header and in the "Comment" Screen.

6. Ensure collector called all available numbers until contact was established.

7. Ensure all collection efforts are made, i.e.; skip tracing, employment verification, letters sent, etc.

8. Ensure Production Standard is met: One-Hundred and Fifteen (115) accounts per day minimum.

E. Quality Audit statistics for each collector will be shared with the Senior Management Team on a regular weekly basis and a Monthly Audit Department Summary Report for all collectors will be shared by the tenth of the current month for the previous month.

1. Senior Management Team includes the following personnel, Executive VP of Collections and Operations, Executive VP of Legal Collections, Chief Administrative Officer (CAO) and the Chief Executive Officer (CEO).

F. Quality targets have been established by the Internal Auditor and approved by the Senior Management Team. Refer to Section III Procedure and V-Quality Review Guidelines for our quality targets.

IV: Quality Review Guidelines/Targets/Work Standards

A. The following guidelines/targets, work standards and scoring structure have been established for the Quality Assurance Auditor to review each account and verify the data integrity of the information obtained during telephone contact with the consumer/debtor.

RASH CURTIS 00043

| Points | # | Task |
|--------|---|------|
| | | **FDCPA Compliant** |
| 25 | 1. | FDCPA/California Rosenthal Act – The Mini-Miranda must be recited for each and every telephone contact. Including repeated daily contacts to the same consumer/debtor for all accounts worked. |
| | | **Verified Header / AH Screen** |
| 10 | 2. | When consumer/debtor contact is made, you must Update and/or Verify all Header Information as follows; |
| | a. | What is your Mailing Address? |
| | b. | What is your Email Address? |
| | c. | What is your Home Number? |
| | d. | What is your Cell Number? |
| | e. | What is your Spouses Name? |
| | f. | What is your Spouses Cell Number? |
| | g. | What is your Place of Employment (POE) Name, Work Number, Location, Department, Position and Monthly Income? |
| | h. | What is your Spouse's POE Name, Work Number, Location, Department, Position and Monthly Income? |
| | i. | If Self Employed, what is the Name of the Business and what type of work do you do? |
| | j. | How much is your Mortgage? |
| | k. | Who do you Bank with? Is that a Checking and/or Savings account or both? |
| | l. | Always look in Account History "AH" notes for information the client provides us with and Update the Header Information accordingly with the new information. |
| | m. | You need to update all header information to enable you to determine and negotiate the account for a reasonable payment arrangement. |

V. Ramifications;

1. Failure to comply with FDCPA, California Rosenthal Act, FAACTA, FCRA and HIPAA rules and regulations will result in;

   a. Automatic Failure of your account audit and/or;

   b. Lead to further disciplinary action up to and including; a reduction in your bonus structure or termination of employment with Rash Curtis and Associates as allowed by law.

2. Failure to obtain prior consent from a consumer/debtor to disclose any information to a Third Party will result in; Automatic Failure of the account audit.

3. The number of Audits for each collector may vary based on the auditor's time and priorities. A collector will receive a minimum of one (1) audit per month and a maximum of three (3) audits per month.

4. Collectors are expected to obtain a minimum ninety percent (90%) score on every audit and a minimum ninety percent (90%) monthly average audit score. A score below ninety percent (90%) will lead to further disciplinary action.

5. Once the Auditor completes the audit, she/he will meet with the collector and review their audit results and guidelines in detail. In addition, the auditor will provide any additional training deemed necessary during their audit session, i.e.; clarify rules and regulations, allow Collector to listen to the phone calls and role play.

   ✳ Note: Collector must sign receipt of their audit.

6. Audits with a score of one-hundred to ninety percent (100%-90%), you will be asked to take your Audit and make any necessary corrections on accounts identified as not properly worked.

7.  Audits scores under ninety percent (90%) you will be asked to take your Audit and make any necessary corrections on accounts identified as not properly worked and, return a copy of your Audit upon completion of the corrections. Corrected data must be initialed and dated by the Collector.

8.  Audits equaling less than ninety percent (90%) as an average for an entire month: RCA will;

    a.  Deduct five percent (5%) of the collector's bonus for that entire month once their personal goal is met.

    b.  Follow-Up with disciplinary action.

9.  Audits equaling less than sixty-five percent (65%) as an average for an entire month, RCA will;

    a.  Deduct fifty percent (50%) of the collector's earned bonus for that entire month, once their personal goal is met.

    b.  Follow-Up with disciplinary action.

10.  Audits equaling less than sixty-five percent (65%) as a continuous average for a previous month and a new month, RCA will;

    a.  Deduct fifty percent (50%) of the collector's earned bonus for that entire month, once their personal goal is met.

    b.  Follow-up with further disciplinary action, up to and including termination of your employment with Rash Curtis and Associates as allowed by law.

| Rash Curtis & Associates | Origination Date: 01/01/11 | Review Dates: 08/28/11 | Revision Dates: 09/01/11 |
|---|---|---|---|
| Subject:    Quality Assurance Policy and Procedure | | | |
| Sponsor Name(s): Natasha Paff            Terry Paff | Sponsor Title(s): CAO            President, CEO | | |



As an employee of Rash Curtis and Associates, I have legal responsibility to comply with the provisions of the Fair Debt Collection Practices Act (FDCPA) and California Rosenthal's Act, and the rules and regulations promulgated there under, which include, but are not limited to the following requirements and prohibitions. A person who fails to comply with any of these provisions may be liable personally for fines and penalties as allowed by law.

This means that I will adhere to the following;

A. Debt Collector/Representative shall not;

1. Engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

2. Use obscene or profane language or language the natural consequence of which is to abuse the debtor/consumer/consumer.

3. Use Violence, threat or other criminal means to harm the physical person, reputation, or property of any person.

4. Threaten legal action or any other action which cannot legally be taken or which is not intended to be taken.

5. Call before 8:00 A.M. or after 9:00 P.M. in the time zone of the receiving party or any time known to be inconvenient to the debtor/consumer.

RASH CURTIS  00047

6. Call a debtor/consumer at his or her place of employment if the debt collector/representative was instructed that such calls cease or the debt collector / representative has reason to believe that the employer prohibits such calls.

7. Disclose any information concerning the debt to a third party or request any information other than location information, except as allowed by section 805(B) of the Federal Fair Debt Collection Practices Act (FDCPA).

8. Contact a third party more than once unless requested to do so by such person. Except under the conditions provided by section 804(3) of the Federal Fair Debt Collection Practices Act (FDCPA).

9. Communicate with a debtor/consumer after it is known that he or she is represented by any attorney unless the attorney fails to respond within a reasonable period.

10. Continue to communicate with a debtor/consumer after the debtor/consumer or the debtor/consumer's attorney has instructed that communication cease, except the debt collector/representative may make one final communication as specified by section 805(C) of the Federal Fair Debt Collection Practices Act (FDCPA) to advise the debtor/consumer that further collection efforts are being terminated.

11. Communicate with a debtor/consumer after he or she has disputed the debt and before written verification is provided to the debtor/consumer.

12. Communicate with a debtor/consumer by postcard our use any language or symbol on any communication, which indicates the communication relates to the collection of the debt.

13. Use any false, unfair, or misleading means, methods, or statements to collect a debt.

14. Use any false, deceptive, or misleading representation or means in connection with the collection of any debt, i.e.; the debt collector/representative is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof.

RASH CURTIS 00048

B. Debt Collector/Representative **shall**;

  1. Properly identify him or her and the name of the agency when contacting a debtor/consumer, and disclose the name of the agency to a third party only when expressly requested to do so.

  2. Inform the debtor/consumer the Mini-Miranda for each and every contact, including multiple contacts to the same debtor/consumer made daily.

     Mini-Miranda: "This communication is an attempt to collect a debt and any information obtained will be used for that purpose" specified by section 807 of the Federal Fair Debt Collection Practices Act (FDCPA).

---

**Fair Debt Collection Practices Act (FDCPA) and California Rosenthal's Act**
**"Employee Agreement Form-Signature"**

I _____ hereby certify under penalty of perjury that I have read and understand all of the requirements of this declaration and will strictly adhere to its provisions noted above in section; A(1-14) and B(1 & 2).

Employee Signature:_____ Date:_____

01/01/11

RASH CURTIS 00049



## Subject-Collector FDCPA Test

Collector Name: _____          Date: _____

1) What does FDCPA stand for?

   _____

2) What is the Purpose of FDCPA?

   _____

3) What Law takes precedence, State Law, Federal Law, or Company Policy?

   _____

4) a.   Write the Mini-Miranda?

   _____

   b.   When do you use it?

   _____

5) When leaving a message for a customer, what information can you leave?

   _____

1

RASH CURTIS  00050

6) Who can you discuss the debt with?

_____

7) At what time of the day may you contact someone?

_____

8) If someone requests that you cease all communication with him/her, what can you do?

_____

9) If someone disputes their bill or a portion thereof, what must you do?

_____

10) If a debtor informs you they are represented by an Attorney what do you do?

_____

11) Under what conditions can you threaten to use criminal means to collect the debt?

_____

12) Which of the following is considered harassment or abuse?
(use the dropdown table to select your answer below)

    a. Explaining to a consumer that he/she as committed a crime.
    b. Allowing a phone to ring repeatedly.
    c. Telling the consumer we are in the process of selling the account.
    d. Processing an account through the Legal Department that is in dispute.
    e. Threaten to take any action which we have no intent on taking.
    f. Explain to any consumer with a balance over $1,000.00 that we may, after obtaining judgment, lien their RV's, cars, household goods, or property and may include bank accounts.
    g. All of the above.

(Use the dropdown table to select your answer below)

a

2

RASH CURTIS  00051

13) On our first contact with a debtor, if you update the address or we had the account classified as bad address- mail return, what letter must you immediately send and why?

_____

**TRUE or FALSE Questions    (X the Correct answer)**

14) In attempting to locate a person, if a third party asks you why you want to contact the person; you may state that you work for Rash, Curtis & Assoc. and that you are attempting to contact the person in order to collect a debt.

TRUE ☐        FALSE ☐

15) You may contact a third party when attempting to locate a person no more than three times.

TRUE ☐        FALSE ☐

16) You may send mail to someone's neighbor, friend, or relative.

TRUE ☐        FALSE ☐

17) If you attempt to contact someone's attorney regarding the person's obligation and the attorney fails to respond within 10 days, you may contact the person regarding their bill.

TRUE ☐        FALSE ☐

18) You may contact the person's employer and solicit his/her in collecting the debt.

TRUE ☐        FALSE ☐

3

RASH CURTIS  00052

19) You may inform the person you are speaking to that unless they pay their bill
     Within the next seven days, a Marshall will appear on their job site to serve them with
     a Summons and Complaint.

TRUE ☐     FALSE ☐

20) Because we retain a law firm to file suits on certain accounts, it is perfectly legal for you
     to identify yourself to the person as a member of that law firm.

TRUE ☐     FALSE ☐

21) If a person requests you to discuss payment of his/her debt with his/her mother,
     You may do so.

TRUE ☐     FALSE ☐

22) When leaving a message, it's ok to say you're an old friend.

TRUE ☐     FALSE ☐

23) If you violate any collection laws, you can personally be liable for the actual
     Damages sustained by the person as well as fined up to $1,000.00 and terminated.

TRUE ☐     FALSE ☐

4

RASH CURTIS  00053

*Collector (FDCPA) Test*

Name of Employee: _____

1.       I acknowledge that I have received and have successfully completed the Rash, Curtis and Associates Collector Test. I have also read and understand I am expected to abide by the Federal Fair Debt Collection Practice Act and the California Robbins-Rosenthal Fair Debt Collection Practice Act.

2.       If I violate any collection laws, I can personally be liable for the actual damages sustained by the person as well as fined up to $1,000.00.

3.       I understand I am expected to be professional and polite at all times while I'm at Rash, Curtis & Associates whether dealing with consumers or fellow employees. In this regard, I understand that I am expected to avoid behavior that might be constituted as disruptive, immature or disrespectful.

4.       I understand due to the nature of collections and the privacy laws, I am not allowed to remove any paperwork from this office; i.e., computer-generated lists, credit reports, client media, etc. I also understand that failure to comply will result in immediate termination.

Score: _____(To Be Completed by Auditor/Trainer)

| Rash Curtis & Associates | Origination Date: 02/02/11 | Review Dates: | Revision Dates: |
|---|---|---|---|
| Subject: Collector FDCPA Test | | | |
| Sponsor Name(s): Natasha Paff           Terry Paff | Sponsor Title(s): CAO           President, CEO | | |

5

RASH CURTIS 00054



Fair Debt Collection Practices Act (FDCPA) Purpose is to eliminate abusive debt collection practices by debt collectors and to protect consumers against those debt collection abuses.

**Sec. 803 -Definitions:**

The term "Communication" means the conveying of information regarding a debt directly or indirectly to any person through any medium.

The term "Commission" means the Federal Trade Commission.

The term "Consumer" means any natural people obligated or allegedly obligate to pay any debt.

The term "Creditor" means any person who offers or extends credit creating a debt or to whom a debt is owed.

The term "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money , property , insurance or services which are the subject of the transaction are primarily for personal, family , or household purposes, whether or not such obligation.

The term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts.

**Sec. 804 -Location Information:**

Location information refers to a consumers place of abode and telephone number at such place or his/her place of employment.

Any person acquiring about location information:

- Identify him/her, state that he/she is confirming or correcting location information concerning the consumer and only if asked directly identify your employer.
- Never state that such consumer owes any debt.
- Not communicate with any such person more than once unless requested to do so by such person or unless the debt collector reasonably believes that the earlier response of such person is erroneous or incomplete and that such person now has the correct or complete location information.

1

- Never communicate by postcard.
- After a debt collector knows the consumer is represented by an attorney whit regard to the subject debt and has knowledge of, or can readily ascertain, such attorneys name and address, not communicate with any person other than the attorney, unless the attorney fails to respond in a reasonable period of time to the communication form the debt collector.

## Sec. 805-Communication with the Consumer:

- Only communicate with the consumer, attorney if represented by one, POA (power of attorney) , Executor of Estate(if deceased) Guardian if underage, and Spouse(in community property states). Without the prior expressed consent of the consumer given directly to the debt collector.
- May not communicate with the debtor at any unusual time or place known or which should be known to be inconvenient.
- Debt collector may only contact the debtor from the hours of 8am -9pm at the consumer's location.
- If the consumers place of employment prohibits the consumer from receiving such communication and the debt collector knows or has reason to know you may not contact.
- May not communicate with third parties without prior consent of the consumer given directly to the debt collector.
- Ceasing communication (C&D) - If a debt collector is notified in writing that the consumer refuses to pay a debt or the consumer wishes the debt collector to cease further communication with the consumer the debt collector shall not communicate further with the consumer except to advise the consumer that the debt collectors further efforts are being terminated.

## Sec. 806-Harassment or abuse:

A debt collector may not engage in any conduct of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

- The use or threat of use of violence or other criminal means to harm the physical person, reputation, or property of any person.
- The use of obscene or profane language or language the natural consequences of which is to abuse the hearer or reader.
- Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or a\harass any person at the called number.

## Sec. 807-False or Misleading representations/ Mini Miranda:

2

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. The FDCPA requires the debt collector to inform the consumer the Mini Miranda **"this communication is an attempt to collect a debt and any information obtained will be used for that purpose"**, this should be recited on every communication with the debtor. The following is a violation of this Section:

- The false representation of the character, amount, or legal status of any debt, or any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt.
- The false representation or implication that any individual is an attorney or that any communication is from an attorney's office.
- The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person of the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.
- The threat to take any action that cannot legally be taken.

**Sec. 808-Unfair Practices:**

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. The following is a violation of this section:
- The collection of any amount (including interferes, fee, charge, or expense incident to the principal obligation) unless such amount is expressly authorize by the agreement creating the debt or permitted by law.
- The acceptance by a debt collector from any person of a check or other payment instrument postdated by more than five days unless such person is notified in writing of the debt collectors intent to deposit such check three to ten days prior to such deposit.
- Depositing or threatening to deposit any postdated check or instrument prior to the date on such check or instrument.

**Sec .809 –Validation of the Debt**

Within 5 days after the initial communication with a consumer in connection with the collection of any debt a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing the following

- The amount of the debt
- The name of the creditor to whom the debt is owed
- A statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt or any portion thereof the debt will be assumed to be valid by the debt collector.

3

RASH CURTIS  00057

- If the consumer notifies the debt collector in writing within the thirty day period described that the debt or any portion there is disputed or the consumer request the name and address of the original creditor, the debt collector shall cease collection of the debt until verification of the debt is mailed to the consumer by the debt collector.

## Sec. 810-Multiple Debts:

If the consumer has multiple debts and makes any single payment the debt collector shall apply payment in accordance with the consumers direction.

## Sec. 813-Civil Liability

Any person who fails to comply with any provision of the title is liable personally to $1000 fine.

## Sec. 816 –Relation to State Law

For purpose of this section, a state law is not inconsistent with this title if the protection such law affords any consumer is greater than the protection provided by this title. The law to abide by would be whichever is more restrictive.

| Rash Curtis & Associates | Origination Date: 02/03/11 | Review Dates: | Revision Dates: |
|---|---|---|---|
| Subject: Collector FDCPA Training Material | | | |
| Sponsor Name(s): Natasha Paff Terry Paff | | Sponsor Title(s): CAO President, CEO | |

4

RASH CURTIS  00058

# **FDCPA**

1. **What does FDCPA stand for?** (Fair Debt Collection Practices Act)

2. **What is the purpose for FDCPA?** (The purpose of the Act is to provide guidelines for collection agencies which are seeking to collect legitimate debts, while providing protections and remedies for debtors.)

3. **What is the Mini Miranda?** (Federal Law requires me to inform you this is an attempt to collect a debt any information obtained will be used for that purpose.)

4. **When do you use the Mini Miranda?** (Every Contact)

5. **When leaving a Message for somebody what information can you leave?** (Name , Phone number and request for call back)

6. **What are the legal hours to contact a debtor?** (between 8am-9pm debtors time zone)

7. **Who can you discuss the debt with?** (The debtor, the spouse (in community property states), guardian if underage, attorney, or executor of estate.) Must have permission by the debtor to disclose the debt.

8. Can not threaten garnishment, or to file suit unless have intention to file suit or to actually garnish the debtors paychecks, nor can you intimidate a debtor into paying.

9. If a debtor tells you it's an inconvenient time or place you have to let them off the line. If told do not contact at Place of Employment you must remove the POE number.

10. May not use foul language , racial slurs or insults

11. May not false represent yourself, using false names, saying that you are calling from an attorney's office.

12. If a debtor request no more calls or letters this is called Cease & Desist (C&D) **what shall you do?** (Notify a debtor that all collection efforts will be terminated and what action will be taken on the account. )

RASH CURTIS  00059

13. A debtor has 30 days to dispute the validity of the debt; they must send a letter of dispute of why disputing the bill. If they are only disputing a portion have them pay that portion and dispute the remaining portion. We then will request an itemized statement and send proof of the bill.

14. Under what conditions can you threaten to use criminal means to collect the debt?
(Never)

15. Which of the following is considered harassment or abuse? (Circle all that Apply)

    a. Explaining to a consumer that he/she as committed a crime.
    b. Allowing a phone to ring repeatedly.
    c. Telling the consumer we are in the process of selling the account.
    d. Processing an account through the Legal Department that is in dispute.
    e. Threaten to take any action which we have no intent on taking.
    f. Explain to any consumer with a balance over $1,000.00 that we may, after obtaining judgment, lien their RV's, cars, household goods, or property and may include bank accounts.
    g. All of the above.

16. Who can be sued for injuries caused by violating the FDCPA? (Anybody who violates.)(The collector can personally be sued).

17. If you violate any collection laws, you can personally be liable for the actual Damages sustained by the person as well as fined up to $1,000.00 and terminated.

    TRUE      FALSE

18. Can a collector call your friends and family? (Yes but they may not disclose to any third party.)

19. When leaving a message, it's ok to say you're an old friend.

    TRUE      FALSE

20. You may contact a third party when attempting to locate a person no more than three times.

    TRUE      FALSE

21. What law should you obide by FDCPA, State Law or Company Policy? (whichever is more restrictive)

22. If you attempt to contact someone's attorney regarding the person's obligation and the attorney fails to respond within 10 days, you may contact the person regarding their bill

    TRUE     FALSE

23. You may inform the person you are speaking to that unless they pay their bill Within the next seven days, a Marshall will appear on their job site to serve them with a Summons and Complaint.

    TRUE     FALSE



**RASH·CURTIS**
**&ASSOCIATES**

---

> **Quality Assurance Program—Policy and Procedure / Audit Guidelines**
> *"Employee Acknowledgement"*

*I* _____ *(print name) acknowledge that I have received a copy of the ; **Quality Assurance Program** Policy and Procedure that includes our **"Audit Guidelines"**.*

*In addition, I have read the material, have been given an opportunity to discuss and ask questions about the material, and have an understanding of the workforce responsibilities described. I agree to abide by the guidelines in the handout.*

Employee Name (please print): _____

Employee
Signature: _____ / Date: _____

*Debt Recovery Specialists*
190 South Orchard Avenue, Ste. A205, Vacaville, CA 95688