TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
John McBride

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John McBride, | Case No.: 2:16-cv-02390-TLN-CKD |
| Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| vs. | |
| Rash Curtis & Associates, | |
| Defendant. | |

Plaintiff, John McBride ("Plaintiff") by and through his undersigned counsel, respectfully submits this Notice of Supplemental Authority to direct the Court to *Marks v. Crunch San Diego, LLC*, No. 14-56834, 2018 WL 4495553 (9th Cir. Sept. 20, 2018). In *Marks,* the Ninth Circuit found "the statutory text" regarding the definition an ATDS "is ambiguous on its face." *Marks*, 2018 WL 4495553, at *8. It then went on to review the context and structure of the TCPA's statutory scheme, and "conclude[d] that the statutory definition of ATDS is not limited to devices with the capacity to call numbers produced by a 'random or sequential number generator,' but also includes devices with

the capacity to dial stored numbers automatically." *Id.* at *9.

DATED:  September 24, 2018           TRINETTE G. KENT

By: __/s/   Trinette G. Kent__
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, John McBride

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018, a true and correct copy of the foregoing was served electronically by the United States District Court for the Eastern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

*/s/ Trinette G. Kent*
Trinette G. Kent